**Date:** Wednesday, May 25 2022 10:03 PM
**Subject:** RE: Kip's offer
**From:** McDonnell, Mickey
**To:** Iracheta, Norman O <NormanIracheta@maximus.com>; Philips, Jeena <JeenaPhilips@maximus.com>;

Okay. I'll create a plan that aligns with Simon's teams.

To soften the blow and align him with some the other VPs, we could bring him from $200K to $250K in salary.

**Mickey McDonnell**
Sr Manager - Exec Comp
HO HC TOTAL REWARDS

**M:** 757-621-9550
**E:** michaelrmcdonnell@maximus.com

---

**From:** Iracheta, Norman O <NormanIracheta@maximus.com>
**Sent:** Wednesday, May 25, 2022 5:54 PM
**To:** Philips, Jeena <JeenaPhilips@maximus.com>; McDonnell, Mickey <MichaelRMcDonnell@maximus.com>
**Subject:** RE: Kip's offer

I spoke to Tom Naughton. He agreed that we should flesh out the plan and communication that would go to Kip in moving him to a true Sales Plan. He wants to notify him by July 1 of the FY23 Sales Plan he'd fall under.

**Norman O.R. Iracheta**
Senior Vice President
Human Resources, Federal

**M:** 956.266.3110
**E:** normaniracheta@maximus.com

---

**From:** Philips, Jeena <JeenaPhilips@maximus.com>
**Sent:** Friday, May 6, 2022 10:40 AM
**To:** Iracheta, Norman O <NormanIracheta@maximus.com>
**Subject:** Kip's offer

Norman
Attached is Kip's offer against which his sales bonus was paid.
Thanks
Jeena

**Jeena Philips**
Sr. Director Human Resources
**Maximus Federal**
Remote: VA, Eastern Time
Mobile: 7039011149
Jeenaphilips@maximus.com

# EXHIBIT J

**From:** Daniels, Kip R
**Sent:** Thursday, June 2, 2022 6:07 PM
**To:** Naughton, Thomas C <thomasnaughton@maximus.com>
**Subject:** RE: Bonuses/Commissions

Tom,

With the recent awards for SFUSD and Missouri UI, I wanted to follow-up on the below communication and bring some type of finality as it doesn't appear any commissions are to be paid tomorrow. In addition to the previous communications, the SFUSD and Missouri UI opportunities recently awarded have the following values:

SFUSD: $3,016,398 x 5% = 150,819.90

Missouri UI: $7,040,000 x 6% = $422,400

In addition to the numbers outlined below, I am calculating total commissions exceeding $1.162M for the 21-22 year. Can you advise what else needs to be done or provided to be compensated? Per my agreement, I should be paid at the time of award and every 90 days thereafter. If this a HR matter or I need to discuss with someone else, please advise and I would be happy to follow-up accordingly.

Sincerely,

Kip

**Kip Daniels**
Vice President, Business Development & Capture
**M:** (630) 229-1236
**E:** kiprdaniels@maximus.com

---

**From:** Daniels, Kip R
**Sent:** Thursday, May 12, 2022 12:45 PM
**To:** Naughton, Thomas C <thomasnaughton@maximus.com>
**Subject:** RE: Bonuses

Tom,

Please let me know if there are any updates to the below communication on the payments of the commissions I outlined.

Thanks,

Kip

**Kip Daniels**
Vice President, Business Development & Capture

# EXHIBIT K

**From:** Daniels, Kip R <KipRDaniels@maximus.com>
**Sent:** Tuesday, June 21, 2022 1:04 PM
**To:** Naughton, Thomas C <thomasnaughton@maximus.com>
**Cc:** Iracheta, Norman O <NormanIracheta@maximus.com>; Philips, Jeena <JeenaPhilips@maximus.com>
**Subject:** RE: Bonuses/Commissions

Tom,

Please note my responses below in red.

Kip

**Kip Daniels**
Vice President, Business Development & Capture
**M:** (630) 229-1236
**E:** kiprdaniels@maximus.com
Remote | Phoenix | AZ | (Eastern)

---

**From:** Naughton, Thomas C <thomasnaughton@maximus.com>
**Sent:** Friday, June 17, 2022 4:29 PM
**To:** Daniels, Kip R <KipRDaniels@maximus.com>
**Cc:** Iracheta, Norman O <NormanIracheta@maximus.com>; Philips, Jeena <JeenaPhilips@maximus.com>
**Subject:** Bonuses/Commissions

Kip –

In response to your below messages.

1. The BioIQ contract is ending at the end of the month with a significantly lower ACV number than submitted. Commission calculations will be completed and considered after final revenue is received. It is my understanding the final value will be approximately $2M.
2. I do not believe SFUSD has yet had their budget approved and at this time we do not have confirmation of the final budget. Please resubmit when the budget is approved and there is a definitive work schedule. Also please provide documentation demonstrating this we a sales opportunity that included pre-marketing and client and partner interface and not an opportunity that was identified upon RFP release. This was an opportunity identified after the release of the RFP. However, this opportunity went before gate and was approved to bid based on past qualifications of similar work. I will provide the final budget numbers upon receipt from the SFUSD School Board.
3. Please confirm the Missouri contract has been signed and that there is a schedule for work to begin. Also please provide documentation demonstrating this we a sales opportunity that included pre-marketing and client and partner interface and not an

opportunity that was identified upon RFP release. The contract has not been signed as of this morning. This opportunity was identified after US Services declined to bid due to pricing and resources. At the time, Federal did not have the resources to bid as the prime and thus an agreement was made with Capitol Bridge to serve as the prime and Maximus as the subcontractor based on related work in Florida, Arkansas and Louisiana. I worked with Ops (Patrick McLoughlin) and Pricing (Michael Madsen) to provide Capitol Bridge the necessary information they needed to submit a response with Maximus as a subcontractor. Pricing was approved by Lisa and John Heishman.

Thanks.

Tom

**Thomas Naughton**
Div President - Fed Svc
FED OVERHEAD
**M:** (703) 2829422
**O:** (703) 7124105
**E:** thomasnaughton@maximus.com

---

**From:** Philips, Jeena <JeenaPhilips@maximus.com>
**Sent:** Thursday, June 16, 2022 3:19 PM
**To:** Naughton, Thomas C <thomasnaughton@maximus.com>
**Subject:** FW: Bonuses/Commissions

**Jeena Philips**
VP-Human Resources

**M:** 7039011149
**E:** jeenaphilips@maximus.com

---

**From:** Daniels, Kip R <KipRDaniels@maximus.com>
**Sent:** Thursday, June 9, 2022 1:37 PM
**To:** Iracheta, Norman O <NormanIracheta@maximus.com>
**Cc:** Philips, Jeena <JeenaPhilips@maximus.com>
**Subject:** FW: Bonuses/Commissions

**Kip Daniels**
Vice President, Business Development & Capture
**M:** (630) 229-1236
**E:** kiprdaniels@maximus.com

# EXHIBIT L

**Date:** Wednesday, June 8 2022 03:32 PM
**Subject:** RE: Kip's offer
**From:** McDonnell, Mickey
**To:** Iracheta, Norman O <NormanIracheta@maximus.com>; Philips, Jeena <JeenaPhilips@maximus.com>;
**Attachments:** FY23 Federal Sales Incentive Plan -Kip Daniels.docx

---

This is a template of what the rest of the Federal Team is under. I've updated it to reflect FY23 and Tom instead of Simon's title.

This is a pretty drastic difference from Kip's current arrangement, so there might need to be additional conversation if we want to include tweaks so Kip doesn't immediately walk out the door.

**Mickey McDonnell**
Sr Manager - Exec Comp
HO HC TOTAL REWARDS

**M:** 757-621-9550
**E:** michaelrmcdonnell@maximus.com

---

**From:** Iracheta, Norman O <NormanIracheta@maximus.com>
**Sent:** Wednesday, May 25, 2022 5:54 PM
**To:** Philips, Jeena <JeenaPhilips@maximus.com>; McDonnell, Mickey <MichaelRMcDonnell@maximus.com>
**Subject:** RE: Kip's offer

I spoke to Tom Naughton. He agreed that we should flesh out the plan and communication that would go to Kip in moving him to a true Sales Plan. He wants to notify him by July 1 of the FY23 Sales Plan he'd fall under.

**Norman O.R. Iracheta**
Senior Vice President
Human Resources, Federal

**M:** 956.266.3110
**E:** normaniracheta@maximus.com

---

**From:** Philips, Jeena <JeenaPhilips@maximus.com>
**Sent:** Friday, May 6, 2022 10:40 AM
**To:** Iracheta, Norman O <NormanIracheta@maximus.com>
**Subject:** Kip's offer

Norman
Attached is Kip's offer against which his sales bonus was paid.
Thanks
Jeena

**Jeena Philips**
Sr. Director Human Resources
**Maximus Federal**
Remote: VA, Eastern Time
Mobile: 7039011149
Jeenaphilips@maximus.com

# EXHIBIT M

| | |
|---|---|
| Date: | Wednesday, June 15 2022 09:07 PM |
| Subject: | Revenue from few contracts |
| From: | Philips, Jeena |
| To: | Dunleavey, Meera R <MeeraRDunleavey@maximus.com >; Heishman, John S <JohnSHeishman@maximus.com >; |
| CC: | Iracheta, Norman O <NormanIracheta@maximus.com >; |
| Attachments: | image001.jpg |

Meera, John

We need to calculate sales bonus for Kip Daniels and need to know the revenue realized for the following contracts from October 1, 20221 through end of the contract. I believe most have ended:

BioIQ:

Arkansas UI:(This included the new work of agents supporting DWS post COVID, IVR, licenses, etc).

Springfield-Greene County: This includes the vaccine program and purchase of COVID-19 tests.

Florida UI:

**Jeena Philips**
VP-Human Resources

maximus

**M:** 7039011149
**E:** jeenaphilips@maximus.com

# EXHIBIT N

**From:** McDonnell, Mickey
**To:** Dunleavey, Meera R
**Cc:** Philips, Jeena
**Subject:** RE: Bonuses/Commissions
**Date:** Monday, July 11, 2022 11:25:40 AM
**Attachments:** Offer Letter -Kip Daniels.pdf
**Importance:** High

---

Meera,

They're trying to get this approved quickly because we're behind in paying Kip.

Do you need any additional information? I included his offer letter which includes his plan parameters.

Respectfully,

**Mickey McDonnell**
Sr Manager - Exec Comp
HO HC TOTAL REWARDS

M: 757-621-9550
E: michaelrmcdonnell@maximus.com

---

**From:** McDonnell, Mickey
**Sent:** Friday, July 8, 2022 11:32 AM
**To:** Dunleavey, Meera R <MeeraRDunleavey@maximus.com>
**Subject:** FW: Bonuses/Commissions
**Importance:** High

Can you approve the below payout for Kip Daniels?

**Mickey McDonnell**
Sr Manager - Exec Comp
HO HC TOTAL REWARDS

M: 757-621-9550
E: michaelrmcdonnell@maximus.com

---

**From:** Philips, Jeena <JeenaPhilips@maximus.com>
**Sent:** Friday, July 8, 2022 11:26 AM
**To:** McDonnell, Mickey <MichaelRMcDonnell@maximus.com>
**Cc:** Iracheta, Norman O <NormanIracheta@maximus.com>
**Subject:** FW: Bonuses/Commissions

Mickey
Tom has approved paying Kip sales bonus for $98,672.097 as per his offer letter. What wiggle room is there to get this paid with 7/15 paycheck. Any help is appreciated.
Thanks

**Jeena Philips**
VP-Human Resources

**M:** 7039011149
**E:** jeenaphilips@maximus.com

---

**From:** Naughton, Thomas C <thomasnaughton@maximus.com>
**Sent:** Friday, July 8, 2022 11:24 AM
**To:** Philips, Jeena <JeenaPhilips@maximus.com>; Iracheta, Norman O <NormanIracheta@maximus.com>
**Subject:** FW: Bonuses/Commissions

$98, 672.097 is approved - thanks

**Thomas Naughton**
Div President - Fed Svc
FED OVERHEAD
**M:** (703) 2829422
**O:** (703) 7124105
**E:** thomasnaughton@maximus.com

---

**From:** Philips, Jeena <JeenaPhilips@maximus.com>
**Sent:** Friday, July 8, 2022 9:53 AM
**To:** Daniels, Kip R <KipRDaniels@maximus.com>; Naughton, Thomas C <thomasnaughton@maximus.com>; Iracheta, Norman O <NormanIracheta@maximus.com>
**Subject:** RE: Bonuses/Commissions

Tom, Kip, Norman
BioIQ ended in June and the revenue is $1,973,441.94 as of June close.

Sales Bonus: $1,973,441.94 x 5%= $98,672.097

As of this morning neither SFUSD nor Missouri UI contract has been finalized. Arkansas UI, Springfield-Greene County and Florida UI are existing contracts into which new work was awarded. I will let Tom and Norman weigh in on bonus eligibility for these.

My understanding is that all sales bonus through September 2021 has been paid.

Thanks

**Jeena Philips**
VP-Human Resources

**M:** 7039011149
**E:** jeenaphilips@maximus.com

---

# EXHIBIT O

| | |
|---|---|
| Date: | Wednesday, July 20 2022 06:20 PM |
| Subject: | Kip's remaining bonus |
| From: | Philips, Jeena |
| To: | Naughton, Thomas C <thomasnaughton@maximus.com >; Iracheta, Norman O <NormanIracheta@maximus.com >; |
| Attachments: | image001.jpg |

Tom, Norman
I spoke to Patrick yesterday and here is the update:

Client did come to maximus as we have existing contract. However, Kip negotiated terms and conditions. I agree that we should give discretionary bonus for these.
Arkansas UI: $2,140,000 x 5% = $107,000 (November '21)
This included the new work of agents supporting DWS post COVID, IVR, licenses, etc.

Springfield-Greene County: $1,333,296 x 5% = $66,664.80 (January '22)
$241,920 x 2% = 4,838.40 (January '22)
This includes the vaccine program and purchase of COVID-19 tests.

Florida UI: $4,567,953.00 x 5% = $228,397.65 (December '21)

SFUD and Missouri contract is yet to be signed. When you meet with Kip, you can mention that for these 2 contracts also he will get discretionary bonus.

Thanks

**Jeena Philips**
VP-Human Resources

maximus

**M:** 7039011149
**E:** jeenaphilips@maximus.com

# EXHIBIT P

**Date:** Thursday, January 19 2023 06:33 PM
**From:** Philips, Jeena <JeenaPhilips@maximus.com>
**To:** Iracheta, Norman O <NormanIracheta@maximus.com>;

---

Mickey called me and wants you to call Michelle to give her details on Kip's payment and what we are doing with his separation