# EXHIBIT Q

Kip

**Kip Daniels**
Vice President, Business Development & Capture
**M:** (630) 229-1236
**E:** kiprdaniels@maximus.com

Remote | Phoenix | AZ | (Eastern)

---

**From:** Daniels, Kip R
**Sent:** Thursday, February 16, 2023 5:06 PM
**To:** Philips, Jeena <JeenaPhilips@maximus.com>; Naughton, Thomas C <thomasnaughton@maximus.com>; Iracheta, Norman O <NormanIracheta@maximus.com>
**Subject:** FW: FY23 Federal Sales Incentive Plan
**Importance:** High

As a brief follow-up to the communication below, I am writing to determine the status of payment of commissions associated with the attached agreement based on my original compensation plan.

Aside from the communication below, I sent Jeena a direct message on Tuesday, January 31st regarding the status of payment of commissions and again on February 2nd. On February 2nd I received acknowledgement the agreement was just sent to Finance for bonus calculation. I again followed up with Jeena on the 6th, where she indicated she would follow-up, and again on the 9th where I received no update. In my attempt to follow up with Jeena on Tuesday, I was advised she is out of the office until the 28th.

Per Jeena's out of office response, I began communicating with Natalie Flack and Anne Keter, who advised me this morning that I should contact Tom as they were unable to get more information. I contacted Tom, who advised me that he would reach out to Norman. As of this communication, I assume Tom has not received any communication from Norman. Is there any reason to believe I will not receive my commissions/bonus associated with the above agreement during next week's pay period?

The fact it has taken Finance over two weeks to calculate my bonus/commission based on my original compensation plan is concerning and the fact I have had to follow-up to the extent I have had to is very frustrating as an employee who generates revenue on behalf of Maximus. I am more than happy to follow-up with Finance but hope you can shed some light on this matter sooner rather than later.

Sincerely,

Kip

**Kip Daniels**
Vice President, Business Development & Capture
**M:** (630) 229-1236
**E:** kiprdaniels@maximus.com

Remote | Phoenix | AZ | (Eastern)

---

**From:** Daniels, Kip R
**Sent:** Tuesday, January 24, 2023 9:26 AM
**To:** Philips, Jeena <JeenaPhilips@maximus.com>; Naughton, Thomas C <thomasnaughton@maximus.com>

# EXHIBIT R

| | |
|---|---|
| Date: | Thursday, March 16 2023 01:56 PM |
| Subject: | RE: FY23 Federal Sales Incentive Plan |
| From: | Daniels, Kip R |
| To: | Philips, Jeena <JeenaPhilips@maximus.com >; Naughton, Thomas C <thomasnaughton@maximus.com >; Iracheta, Norman O <NormanIracheta@maximus.com >; Link, Michelle <MichelleLink@maximus.com >; |
| Attachments: | image001.jpg; Maximus_Summit One Source_Service Order 4_FE.pdf; Offer Letter.pdf |

Good Morning,

I am once again following up on the status of payment of commissions associated with the attached agreement based on the attached original compensation plan. Based on my current offer letter, the attached $14.8M ACV agreement was to have 25% of commission paid out upon award with another 25% paid out "within" 90 days (April 18th). To date, I have yet to be advised as to when I will be compensated and why I have not been compensated based on my existing agreement.

Since the communication below, I have attempted to obtain the same information via conversation or Teams communications only to advised the commissions were approved, there are no updates, I'm traveling or that I cannot speak with you because of my current litigation. To be clear, the above agreement has nothing to do with my existing litigation with the company and thus I am not sure why it can't be discussed or why it appears to be included as such.

Despite our differences associated with the litigation, I have continued to work hard to win opportunties (attached) and position Maximus for other revenue generating opportunities in the coming weeks/months and would appreciate to be compensated accordingly. Please advise status of payment and if there is any reason why it won't be paid out as part of next week's pay period.

Sincerely,

Kip

**Kip Daniels**
Vice President, Business Development & Capture
**M:** (630) 229-1236
**E:** kiprdaniels@maximus.com

Remote | Phoenix | AZ | (Eastern)

---

**From:** Daniels, Kip R
**Sent:** Thursday, February 16, 2023 5:06 PM
**To:** Philips, Jeena <JeenaPhilips@maximus.com >; Naughton, Thomas C <thomasnaughton@maximus.com >; Iracheta, Norman O <NormanIracheta@maximus.com >
**Subject:** FW: FY23 Federal Sales Incentive Plan
**Importance:** High

As a brief follow-up to the communication below, I am writing to determine the status of payment of commissions associated with the attached agreement based on my original compensation plan.

Aside from the communication below, I sent Jeena a direct message on Tuesday, January 31st regarding the status of payment of commissions and again on February 2nd. On February 2nd I received acknowledgement the agreement was just sent to Finance for bonus calculation. I again followed up with Jeena on the 6th, where she indicated she

would follow-up, and again on the 9th where I received no update. In my attempt to follow up with Jeena on Tuesday, I was advised she is out of the office until the 28th.

Per Jeena's out of office response, I began communicating with Natalie Flack and Anne Keter, who advised me this morning that I should contact Tom as they were unable to get more information. I contacted Tom, who advised me that he would reach out to Norman. As of this communication, I assume Tom has not received any communication from Norman. Is there any reason to believe I will not receive my commissions/bonus associated with the above agreement during next week's pay period?

The fact it has taken Finance over two weeks to calculate my bonus/commission based on my original compensation plan is concerning and the fact I have had to follow-up to the extent I have had to is very frustrating as an employee who generates revenue on behalf of Maximus. I am more than happy to follow-up with Finance but hope you can shed some light on this matter sooner rather than later.

Sincerely,

Kip

**Kip Daniels**
Vice President, Business Development & Capture
**M:** (630) 229-1236
**E:** kiprdaniels@maximus.com

Remote | Phoenix | AZ | (Eastern)

---

**From:** Daniels, Kip R
**Sent:** Tuesday, January 24, 2023 9:26 AM
**To:** Philips, Jeena <JeenaPhilips@maximus.com>; Naughton, Thomas C <thomasnaughton@maximus.com>
**Cc:** Iracheta, Norman O <NormanIracheta@maximus.com>
**Subject:** FY23 Federal Sales Incentive Plan

Good Morning Jeena and Tom,

Back in early December you sent a calendar invite to discuss the previously provided FY23 Federal Sales Incentive Plan and then shortly thereafter canceled the discussion with no follow-up since said time. Given the fact I had an agreement (attached) executed on Friday and have a few other opportunities that are pending a signed contract, I spoke to Tom to briefly yesterday to discuss why I was being presented with a new incentive plan when I was advised upon being hired that my plan would not change.

I have a number of questions and concerns regarding the document you shared. First, there are several provisions in the agreement that allow Maximus to decide whether to make the commission payments, even the required payments. Further, the agreement is vague as to when and how the commissions will be calculated and paid. Lastly, there appears to be another cap on the amount of commission to be paid. If I am interpreting the plan correctly, this particular plan further limits my compensation by $300,000.00 Isn't it in the best interest of both parties for business development representatives to be paid on all sales? There is no incentive to continue to sell once a business development rep his or her cap.

Until the above questions and concerns can be addressed, I plan to operate under my existing compensation plan and will expect to be paid in accordance with the terms within it. I look forward to discussing the above further and continuing to do my part in generating revenue for Maximus.

Sincerely,

Kip

**Kip Daniels**
Vice President, Business Development & Capture

maximus

**M:** (630) 229-1236
**E:** kiprdaniels@maximus.com

Remote | Phoenix | AZ | (Eastern)

# EXHIBIT S

**From:** **Daniels, Kip R** K pRDan e s@max mus.com
**Subject:** FW: Happy Emp oyee Apprec at on Day!
**Date:** March 3, 2023 at 9:23 AM
**To:** K p Dan e s k p.r.dan e s@gma .com

**From:** Daniels, Kip R
**Sent:** Friday, March 3, 2023 11:02 AM
**To:** Caswell, Bruce <BruceCaswell@maximus.com>
**Subject:** FW: Happy Employee Appreciation Day!

Bruce,

I hope this note finds you doing well. I am writing to express serious concerns about the company's repeated failure to pay me my wages.

On Wednesday during the Quarterly Leadership call, you made it a point to state that March was employee appreciation month as we celebrate employee appreciation day today. I believe you and David later made similar comments regarding the fact you like when customers pay on time. Yet, Maximus doesn't do the same for its employees.

On January 18th, the attached agreement was executed. It provides Maximus an Annual Contract Value of approximately $14.8M. As of this communication, I have not been compensated for this agreement. Despite numerous verbal and written requests to be paid, the company has failed to do. The company has also failed to explain why I have not been paid for this agreement (or many other agreements at issue). My Offer Letter, a copy of which is attached, states I am to be compensated accordingly:

- 25% on contract signing
- 25% within 90 days signing
- 25% within 180 days of signing; and
- 25% within 270 days of signing

I love my job and the people I get to work with. However, I cannot continue working without being paid. This is not an isolated instance. I am currently in litigation against Maximus for unpaid wages.

In my role as a Business Development representative, I have brought in approximately $200M in awarded first year revenue since I joined Maximus in July 2019. I have not been paid for a significant number of the deals in which I was involved. The defense attorneys that Maximus hired for the litigation have also not provided any specific insight as to why I have not been paid for the agreements at issue.

I am asking your assistance in resolving these issues. I would love to discuss these issues in greater detail. I love my job, and I am a major contributor to Maximus. I believe we can resolve these issues if you would be willing to speak to me. Thank you for your time and consideration.

Sincerely,

Kip

**Kip Daniels**

Vice President, Business Development & Capture
**M:** (630) 229-1236
**E:** kiprdaniels@maximus.com

Remote | Phoenix | AZ | (Eastern)

**From:** Corporate Communications <employeecomms@maximus.com>
**Sent:** Friday, March 3, 2023 9:06 AM
**To:** Daniels, Kip R <KipRDaniels@maximus.com>
**Subject:** Happy Employee Appreciation Day!

View in web browser

# EXHIBIT T

| | |
|---|---|
| Date: | Monday, March 27 2023 09:05 PM |
| Subject: | FW: FY23 Federal Sales Incentive Plan |
| From: | Philips, Jeena |
| To: | Naughton, Thomas C <thomasnaughton@maximus.com >; |
| CC: | Iracheta, Norman O <NormanIracheta@maximus.com >; |
| Attachments: | image001.jpg; Maximus_Summit One Source_Service Order 4_FE.pdf; Offer Letter.pdf |

Tom

I confirmed with Patrick that work on Summit One Source began at the end of January. Contract is for $3,713,939 and is correct. As per the offer Kip gets commission at 5% of which 25% is to be paid upon contract signing.

$3,713,939 ***5% =$185,696.95*** 25%=$46,424.23.

Finance is getting ready to send invoice for Jan and Feb soon.

Do you approve for payment of $46,424.23 to Kip?
Thanks

**Jeena Philips**
VP-Human Resources

**M:** 703.901.1149
**E:** jeenaphilips@maximus.com

1600 Tysons Blvd, #1400 | McLean | VA | 22012

---

**From:** Daniels, Kip R <KipRDaniels@maximus.com>
**Sent:** Thursday, March 16, 2023 9:57 AM
**To:** Philips, Jeena <JeenaPhilips@maximus.com>; Naughton, Thomas C <thomasnaughton@maximus.com>; Iracheta, Norman O <NormanIracheta@maximus.com>; Link, Michelle <MichelleLink@maximus.com>
**Subject:** RE: FY23 Federal Sales Incentive Plan
**Importance:** High

Good Morning,

I am once again following up on the status of payment of commissions associated with the attached agreement based on the attached original compensation plan. Based on my current offer letter, the attached $14.8M ACV agreement was to have 25% of commission paid out upon award with another 25% paid out "within" 90 days (April 18th). To date, I have yet to be advised as to when I will be compensated and why I have not been compensated based on my existing agreement.

Since the communication below, I have attempted to obtain the same information via conversation or Teams communications only to advised the commissions were approved, there are no updates, I'm traveling or that I cannot speak with you because of my current litigation. To be clear, the above agreement has nothing to do with my existing litigation with the company and thus I am not sure why it can't be discussed or why it appears to be included as such.

Despite our differences associated with the litigation, I have continued to work hard to win opportunties (attached) and position Maximus for other revenue generating opportunities in the coming weeks/months and would appreciate to be compensated accordingly. Please advise status of payment and if there is any reason why it won't be paid out as part of next week's pay period.

Sincerely,

# EXHIBIT U

< Welcome page

Returning Candidate? Log back in!

# Regional Vice President, Sales

US-Remote

2023-89568

**Posted Date** 3 months ago **# of Openings** 1 **Job Function** Business Development

**Job Schedule** Regular Full-Time

## Job Introduction

**The Regional Area is Mountain States and/or Southwest Territory**

## Job Description Summary

The Regional Sales Lead is a field sales role responsible for both direct client contract value retention as well as growth through contract expansion and the introduction of new products and services.

## Job Summary

Essential Duties and Responsibilities:

- Partner with the line of business P/L owners in the regions to identify sales / growth goals for the states.

- Responsible for day to day management of the business consultant and lobbyist relationships by providing strategic direction and management.

- Maintain direct and verifiable contacts in each state throughout assigned territory at levels including but not limited to the agencies, the Executive Branch and the Legislature.

- Create a State account plan for each state in territory that identifies revenue opportunities, new markets, competitive threats and relationship objectives.

- Conduct opportunity pursuit in health and human services markets.

- Carry out business development to qualify opportunities.

- Collaborate with internal stakeholders to identify, verify, qualify and deliver revenue generating deals.

- Collaborate with practice leads and solution experts to close sales.

- Make bid/no bid recommendations based on field level intelligence.

- Prospect and pressure test new market ideas with client base.

- Determine value propositions, win themes, and key differentiators that matter to the buyer.

Minimum Requirements:

- Bachelor's degree from an accredited college or university in a health or social services field required.

- 15 years of relevant experience required.

DANIELS000469

- Must be a consultative account manager and seller who develops deep relationships and adds value to the client's business over the long term.

- Must have existing and actionable relationships in the region.

- Must be able to forge relationships with key government contacts to shape opportunities.

- Must be a team player who has ability to partner across Maximus.

- Extensive knowledge of state government procurement practices, health and human service programs in the region.

- Extensive experience conducting business development activities in state government and health sector.

- Knowledge of solutions that state government purchases.

- Strong verbal and written communication skills.

- Proven experience developing opportunities.

- Proven ability to manage business consultant.

- Experience with legislative actions.

- Demonstrated advanced knowledge of BPO sales and relationship management.

- Strong leadership skills.

- Experience in new market / new logo business development.

- Skilled at account strategy, account planning and relationship management.

### Education and Experience Requirements

#HighlightedJobs0613 #HighlightedJobs0627

### MAXIMUS Introduction

Since 1975, Maximus has operated under its founding mission of Helping Government Serve the People, enabling citizens around the globe to successfully engage with their governments at all levels and across a variety of health and human services programs. Maximus delivers innovative business process management and technology solutions that contribute to improved outcomes for citizens and higher levels of productivity, accuracy, accountability and efficiency of government-sponsored programs. With more than 30,000 employees worldwide, Maximus is a proud partner to government agencies in the United States, Australia, Canada, Saudi Arabia, Singapore and the United Kingdom. For more information, visit https://www.maximus.com.

### EEO Statement

EEO Statement: Active military service members, their spouses, and veteran candidates often embody the core competencies Maximus deems essential, and bring a resiliency and dependability that greatly enhances our workforce. We recognize your unique skills and experiences, and want to provide you with a career path that allows you to continue making a difference for our country. We're proud of our connections to organizations dedicated to serving veterans and their families. If you are transitioning from military to civilian life, have prior service, are a retired veteran or a member of the National Guard or

DANIELS000470

Reserves, or a spouse of an active military service member, we have challenging and rewarding career opportunities available for you. A committed and diverse workforce is our most important resource. Maximus is an Affirmative Action/Equal Opportunity Employer. Maximus provides equal employment opportunities to all qualified applicants without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, protected veteran status or disabled status.

### Pay Transparency

Maximus compensation is based on various factors including but not limited to job location, a candidate's education, training, experience, expected quality and quantity of work, required travel (if any), external market and internal value analysis including seniority and merit systems, as well as internal pay alignment. Annual salary is just one component of Maximus's total compensation package. Other rewards may include short- and long-term incentives as well as program-specific awards. Additionally, Maximus provides a variety of benefits to employees, including health insurance coverage, life and disability insurance, a retirement savings plan, paid holidays and paid time off. Compensation ranges may differ based on contract value but will be commensurate with job duties and relevant work experience. An applicant's salary history will not be used in determining compensation. Maximus will comply with regulatory minimum wage rates and exempt salary thresholds in all instances.

### Posted Max

USD $260,000.00/Yr.

### Posted Min

USD $95,500.00/Yr.

### Apply/Socialize

Apply for this job online

Refer this job to a friend

Share on your newsfeed

# EXHIBIT V

< Welcome page Returning Candidate? Log back in!

# VP - U.S Services Business Development, West leader

US-Remote 2023-87394

**Posted Date** 5 months ago **# of Openings** 1 **Job Function** Business Development

**Job Schedule** Regular Full-Time

## Job Description Summary

The VP - U.S Services Business Development, West leader is responsible for a territory as well as managing field sales roles. This positions is responsible for both direct client contract value retention as well as driving growth through contract expansion and the introduction of new products and services.

## Job Summary

Essential Duties and Responsibilities:

- Manage a team of Regional Sales Leads to grow business in the Western region of the United States.
- Partner with the line of business P/L owners in the regions to identify sales / growth goals for the states.
- Responsible for day to day management of the business consultant and lobbyist relationships by providing strategic direction and management.
- Maintain direct and verifiable contacts in each state throughout assigned territory at levels including but not limited to the agencies, the Executive Branch and the Legislature.
- Create a State account plan for each state in territory that identifies revenue opportunities, new markets, competitive threats and relationship objectives.
- Conduct opportunity pursuit in health and human services markets.
- Carry out business development to qualify opportunities.
- Collaborate with internal stakeholders to identify, verify, qualify and deliver revenue generating deals.
- Collaborate with practice leads and solution experts to close sales.
- Make bid/no bid recommendations based on field level intelligence.
- Prospect and pressure test new market ideas with client base.
- Determine value propositions, win themes, and key differentiators that matter to the buyer.

Minimum Requirements:

- Bachelor's degree from an accredited college or university required.
- 15 years of relevant experience required.
- Must be a consultative account manager and seller who develops deep relationships and adds value to the client's business over the long term.

DANIELS000477

- Must have existing and actionable relationships in the region.

- Must be able to forge relationships with key government contacts to shape opportunities.

- Must be a team player who has ability to partner across Maximus.

- Extensive knowledge of state government procurement practices, health and human service programs in the region.

- Extensive experience conducting business development activities in state government and health sector.

- Knowledge of solutions that state government purchases.

- Strong verbal and written communication skills.

- Proven experience developing opportunities.

- Proven ability to manage business consultant.

- Experience with legislative actions.

- Demonstrated advanced knowledge of BPO sales and relationship management.

- Strong leadership skills.

- Experience in new market / new logo business development.

- Skilled at account strategy, account planning and relationship management.

### MAXIMUS Introduction

Since 1975, Maximus has operated under its founding mission of Helping Government Serve the People, enabling citizens around the globe to successfully engage with their governments at all levels and across a variety of health and human services programs. Maximus delivers innovative business process management and technology solutions that contribute to improved outcomes for citizens and higher levels of productivity, accuracy, accountability and efficiency of government-sponsored programs. With more than 30,000 employees worldwide, Maximus is a proud partner to government agencies in the United States, Australia, Canada, Saudi Arabia, Singapore and the United Kingdom. For more information, visit https://www.maximus.com.

### EEO Statement

EEO Statement: Active military service members, their spouses, and veteran candidates often embody the core competencies Maximus deems essential, and bring a resiliency and dependability that greatly enhances our workforce. We recognize your unique skills and experiences, and want to provide you with a career path that allows you to continue making a difference for our country. We're proud of our connections to organizations dedicated to serving veterans and their families. If you are transitioning from military to civilian life, have prior service, are a retired veteran or a member of the National Guard or Reserves, or a spouse of an active military service member, we have challenging and rewarding career opportunities available for you. A committed and diverse workforce is our most important resource. Maximus is an Affirmative Action/Equal Opportunity Employer. Maximus provides equal employment opportunities to all qualified applicants without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, protected veteran status or disabled status.

### Pay Transparency

Maximus compensation is based on various factors including but not limited to job location, a candidate's education, training, experience, expected quality and quantity of work, required travel (if any), external market and internal value analysis including seniority and merit systems, as well as internal pay alignment. Annual salary is just one component of Maximus's total compensation package. Other rewards may include short- and long-term incentives as well as program-specific awards. Additionally, Maximus provides a variety of benefits to employees, including health insurance coverage, life and disability insurance, a retirement savings plan, paid holidays and paid time off. Compensation ranges may differ based on contract value but will be commensurate with job duties and relevant work experience. An applicant's salary history will not be used in determining compensation. Maximus will comply with regulatory minimum wage rates and exempt salary thresholds in all instances.

### Posted Max

USD $329,300.00/Yr.

### Posted Min

USD $120,400.00/Yr.

### Apply/Socialize

Apply for this job online

Refer this job to a friend

DANIELS000479

# EXHIBIT W

Summary of Amounts Owed

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **19-20 Fiscal Year Contracts** | **Base Contract Amount** | **Base Contract %** | **Bonus** | **ACV** | **ACV %** | **ACV Bonus** | **Amount Owed for 19-20 Fiscal Year** | **Amount Owed for 20-21 Fiscal Year** | **Payments Due Dates based on Offer Letter** | | | | | | |
| 2 | | | | | | | | | | | **20-Mar** | **20-Apr** | **20-May** | **20-Jun** | **20-Jul** | **20-Aug** |
| 3 | North Carolina UI (50 agents/90 days) | $ 1,164,658.10 | 5% | $ 58,232.91 | $ 4,658,632.40 | 5% | $ 232,931.62 | $ 174,698.72 | $ 58,232.91 | | $ 58,232.91 | | | $ 58,232.91 | | |
| 4 | North Carolina UI (150 agents/90 days) | $ 3,499,766.68 | 5% | $ 174,988.33 | $ 13,999,066.72 | 6% | $ 839,944.00 | $ 419,972.00 | $ 419,972.00 | | | $ 209,986.00 | | | $ 209,986.00 | |
| 5 | North Carolina UI (600 agents/90 days) | $ 13,166,216.64 | 6% | $ 789,973.00 | $ 52,664,866.56 | 6% | $ 3,159,891.99 | $ 1,579,946.00 | $ 1,579,946.00 | | | $ 789,973.00 | | | $ 789,973.00 | |
| 6 | | | | | | | | | | | | | | | | |
| 7 | District of Columbia UI (6 months) | $1,554,901 | 5% | $ 77,745.05 | $3,109,802 | 5% | $ 155,490.10 | $ 77,745.05 | $ 77,745.05 | | | $ 38,872.53 | | | $ 38,872.53 | |
| 8 | | | | | | | | | | | | | | | | |
| 9 | Arkansas UI (100 Agents/60 days) | $ 1,498,246.00 | 5% | $ 74,912.30 | $ 8,989,476.00 | 6% | $ 539,368.56 | $ 269,684.28 | $ 269,684.28 | | | $ 134,842.14 | | | $ 134,842.14 | |
| 10 | Arkansas UI (Adjudication) * | $ 1,043,433.00 | 5% | $ 52,171.65 | $ 1,043,433.00 | 5% | $ 52,171.65 | $ 13,042.91 | $ 39,128.74 | | | | | | $ 13,042.91 | |
| 11 | | | | | | | | | | | | | | | | |
| 12 | Louisiana UI (100 Agents/30 days) | $ 501,350.00 | 5% | $ 25,067.50 | $ 6,016,200.00 | 6% | $ 360,972.00 | $ 180,486.00 | $ 180,486.00 | | | $ 90,243.00 | | | $ 90,243.00 | |
| 13 | | | | | | | | | | | | | | | | |
| 14 | Florida Contact Tracing (6 months) | $ 33,723,600.00 | 6% | $ 2,023,416.00 | $ 33,723,600.00 | 6% | $ 2,023,416.00 | $ 1,011,708.00 | $ 1,011,708.00 | | | | $ 505,854.00 | | | $ 505,854.00 |
| 15 | Miami Dade Modification (6 months) * | $ 13,892,604.00 | 6% | $ 833,556.24 | $ 21,105,706.00 | 6% | $ 1,266,342.36 | $ 316,585.59 | $ 949,756.77 | | | | | | $ 316,585.59 | |
| 16 | | | | | | | | | | | | | | | | |
| 17 | Pennsylvania UI (100 agents/90 days) | $ 3,084,187.00 | 5% | $ 154,209.35 | $ 6,168,374.00 | 6% | $ 370,102.44 | $ 185,051.22 | $ 185,051.22 | | | | | $ 92,525.61 | | |
| 18 | | | | | | | | | | | | | | | | |
| 19 | Hawaii UI (100 agents/3 months) | $ 2,460,000.00 | 5% | $ 123,000.00 | $ 3,936,000.00 | 5% | $ 196,800.00 | $ 49,200.00 | $ 147,600.00 | | | | | | | |
| 20 | Hawaii UI Mod (100 agents/3 months) | $ 2,460,000.00 | 5% | $ 123,000.00 | $ 3,936,000.00 | 5% | $ 196,800.00 | $ 49,200.00 | $ 147,600.00 | | | | | | | |
| 21 | | | | | | | | | | | | | | | | |
| 22 | **Totals** | $ 78,048,962.42 | | $ 4,510,272.33 | $ 159,351,156.68 | | $ 9,394,230.73 | $ 4,327,319.77 | $ 5,066,910.96 | | | | | | | |
| 23 | | | | | | | | ***$ 600,000.00*** | ***Paid to Date*** | | | | | | | |
| 24 | | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | | |
| 26 | **20-21 Fiscal Year Contracts** | **Base Contract Amount** | **%** | **Bonus** | **ACV** | **%** | **ACV Bonus** | **Amount Owed 20-21** | **Amout Owed 21-22** | | | | | | | |
| 27 | | | | | | | | | | | | | | | | |
| 28 | Hawaii Adjudication (100 agents/3 months) | $ 2,730,000.00 | 5% | $ 136,500.00 | $ 4,155,000.00 | 5% | $ 207,750.00 | $ 207,750.00 | $ - | | | | | | | |
| 29 | | | | | | | | | | | | | | | | |
| 30 | Franklin County | $ 344,589.92 | 2% | $ 6,891.80 | $ 344,589.92 | 2% | $ 6,891.80 | $ 6,891.80 | $ - | | | | | | | |
| 31 | | | | | | | | | | | | | | | | |
| 32 | Cape Girardeau County | $ 45,758.00 | 2% | $ 915.16 | $ 45,758.00 | 2% | $ 915.16 | $ 915.16 | $ - | | | | | | | |
| 33 | | | | | | | | | | | | | | | | |
| 34 | Warren County | $ 128,899.00 | 2% | $ 2,577.98 | $ 458,116.34 | 2% | $ 9,162.33 | $ 9,162.33 | $ - | | | | | | | |
| 35 | | | | | | | | | | | | | | | | |
| 36 | *Springfield-Greene County Mod I** | $ 2,697,976.00 | 5% | $ 134,898.80 | $ 2,697,976.00 | 5% | $ 134,898.80 | $ 101,174.10 | $ 33,724.70 | | | | | | | |
| 37 | | | | | | | | | | | | | | | | |
| 38 | Louisiana Adjudication (3 months) | $ 2,870,357.00 | 5% | $ 143,517.85 | $ 2,870,357.00 | 5% | $ 143,517.85 | $ 35,879.46 | $ 107,638.39 | | | | | | | |
| 39 | | | | | | | | | | | | | | | | |
| 40 | *Springfield-Greene County Mod II** | $ 2,697,976.00 | 5% | $ 134,898.80 | $ 2,697,976.00 | 5% | $ 134,898.80 | $ 33,724.70 | $ 101,174.10 | | | | | | | |
| 41 | | | | | | | | | | | | | | | | |
| 42 | **Totals** | $ 11,515,555.92 | | $ 560,200.39 | $ 13,269,773.26 | | $ 638,034.74 | $ 395,497.55 | $ 242,537.19 | | | | | | | |
| 43 | | | | | | | | $ 5,066,910.96 | ***Credit from 19-20 Fiscal Year*** | | | | | | | |
| 44 | | | | | | | | ***$ 200,000.00*** | ***Paid to Date*** | | | | | | | |
| 45 | | | | | | | | ***$ 400,000.00*** | ***Balance Owed to Kip Based on 3x Cap*** | | | | | | | |
| 46 | | | | | | | | | | | | | | | | |
| 47 | **Fiscal Year 21-22 Contracts** | **Base Contract Amount** | **%** | **Bonus** | **ACV** | **%** | **ACV Bonus** | **Amount Owed 21-22** | **Amount Owed 22-23** | | | | | | | |
| 48 | | | | | | | | | | | | | | | | |
| 49 | BioIQ | $ 1,973,441.94 | 5% | $ 98,672.10 | $ 1,973,441.94 | 5% | $ 98,672.10 | $ 98,672.10 | $ - | | | | | | | |
| 50 | | | | | | | | | | | | | | | | |
| 51 | Arkansas UI Modification | $ 2,140,000.00 | 5% | $ 107,000.00 | $ 2,140,000.00 | 5% | $ 107,000.00 | $ 107,000.00 | $ - | | | | | | | |
| 52 | | | | | | | | | | | | | | | | |
| 53 | Florida UI | $ 4,567,953.00 | 5% | $ 228,397.65 | $ 4,567,953.00 | 5% | $ 228,397.65 | $ 228,397.65 | $ - | | | | | | | |
| 54 | | | | | | | | | | | | | | | | |
| 55 | Springfield-Greene County Vaccine Mod | $ 1,333,296.00 | 5% | $ 66,664.80 | $ 1,333,296.00 | 5% | $ 66,664.80 | $ 49,998.60 | $ 16,666.20 | | | | | | | |
| 56 | Springfield-Greene County COVID Test Mod | $ 241,920.00 | 2% | $ 4,838.40 | $ 241,920.00 | 2% | $ 4,838.40 | $ 3,628.80 | $ 1,209.60 | | | | | | | |
| 57 | | | | | | | | | | | | | | | | |
| 58 | *Missouri UI** | | | | | | | | | | | | | | | |
| 59 | | | | | | | | | | | | | | | | |
| 60 | San Francisco USD | $ 1,543,030.00 | 5% | $ 77,151.50 | $ 1,543,030.00 | 5% | $ 77,151.50 | $ 19,287.88 | $ 57,863.63 | | | | | | | |
| 61 | | | | | | | | | | | | | | | | |
| 62 | **Totals** | $ 11,799,640.94 | | $ 582,724.45 | $ 11,799,640.94 | | $ 582,724.45 | $ 506,985.02 | $ 75,739.43 | | | | | | | |
| 63 | | | | | | | | $ 242,537.19 | ***Credit from 20-21 Fiscal Year*** | | | | | | | |
| 64 | | | | | | | | ***$ 210,510.50*** | ***Paid to Date*** | | | | | | | |
| 65 | | | | | | | | ***$ 389,489.50*** | ***Balance Owed to Kip Based on 3x Cap*** | | | | | | | |
| 66 | | | | | | | | | | | | | | | | |
| 67 | **Fiscal Year 22-23 Contracts** | **Base Contract Amount** | **%** | **Bonus** | **ACV** | **%** | **ACV Bonus** | **Amount Owed 22-23** | **Amount Owed 23-24** | | | | | | | |
| 68 | | | | | | | | | | | | | | | | |
| 69 | Summit One | $3,713,939 | 5% | $ 185,696.95 | $ 3,713,939.00 | 5% | $ 185,696.95 | $ 185,696.95 | | | | | | | | |
| 70 | | | | | | | | | | | | | | | | |
| 71 | **Totals** | $3,713,939 | | $ 185,696.95 | $ 3,713,939.00 | | $ 185,696.95 | $ 185,696.95 | | | | | | | | |
| 72 | | | | | | | | $ 75,739.43 | ***Credit from 21-22 Fiscal Year*** | | | | | | | |
| 73 | | | | | | | | ***$ 45,637.50*** | ***Paid to Date*** | | | | | | | |
| 74 | | | | | | | | ***$ 215,798.88*** | ***Balance Owed to Kip Based on 3x Cap*** | | | | | | | |
| 75 | | | | | | | | | | | | | | | | |
| 76 | | | | | | | | **Total Amount Owed Per Year** | | | | | | | | |
| 77 | | | | | | | | $ 400,000.00 | **Fiscal Year 20-21** | | | | | | | |
| 78 | | | | | | | | $ 389,489.50 | **Fiscal Year 21-22** | | | | | | | |
| 79 | | | | | | | | $ 215,798.88 | **Fiscal Year 21-23** | | | | | | | |
| 80 | | | | | | | | ***$ 1,005,288.38*** | ***Total Amount Owed to Kip Based on 3x Cap*** | | | | | | | |
| 81 | | | | | | | | | | | | | | | | |
| 82 | **'19-22 Totals** | $ 105,078,098.28 | | $ 5,838,894.11 | $ 188,134,509.88 | | $ 10,800,686.86 | ***$ 1,056,148.00*** | ***Paid to Date**** | | | | | | | |

Summary of Amounts Owed

| | Q | R | S | T | U | V | W | X | Y | Z | AA | AB | AC | AD | AE | AF | AG | AH | AI | AJ | AK | AL | AM | AN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | | | | | | | |
| 2 | 20-Sep | 20-Oct | 20-Nov | 20-Dec | 21-Jan | 21-Feb | 21-Mar | 21-Apr | 21-May | 21-Jun | 21-Jul | 21-Aug | 21-Sep | 21-Oct | 21-Nov | 21-Dec | 22-Jan | 22-Feb | 22-Mar | 22-Apr | 22-May | 22-Jun | 22-Jul | 22-Aug |
| 3 | $ 58,232.91 | | | $ 58,232.91 | | | | | | | | | | | | | | | | | | | | |
| 4 | | $ 209,986.00 | | | $ 209,986.00 | | | | | | | | | | | | | | | | | | | |
| 5 | | $ 789,973.00 | | | $ 789,973.00 | | | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 7 | | $ 38,872.53 | | | $ 38,872.53 | | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9 | | $ 134,842.14 | | | $ 134,842.14 | | | | | | | | | | | | | | | | | | | |
| 10 | | $ 13,042.91 | | | $ 13,042.91 | | | $ 13,042.91 | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | $ 90,243.00 | | | $ 90,243.00 | | | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | | | | | | | |
| 14 | | | $ 505,854.00 | | | $ 505,854.00 | | | | | | | | | | | | | | | | | | |
| 15 | | $ 316,585.59 | | | $ 316,585.59 | | | $ 316,585.59 | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | | | | | | | |
| 17 | $ 92,525.61 | | | $ 92,525.61 | | | $ 92,525.61 | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | |
| 19 | $ 49,200.00 | | | $ 49,200.00 | | | $ 49,200.00 | | | $ 49,200.00 | | | | | | | | | | | | | | |
| 20 | $ 49,200.00 | | | $ 49,200.00 | | | $ 49,200.00 | | | $ 49,200.00 | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | | | | | | | | | | |
| 28 | | $ 51,937.50 | | | $ 51,937.50 | | | $ 51,937.50 | | | $ 51,937.50 | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | | | | | | | | | | | | |
| 30 | | | $ 1,722.95 | | | $ 1,722.95 | | | $ 1,722.95 | | | $ 1,722.95 | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | | | | | | | | | |
| 32 | | | $ 228.79 | | | $ 228.79 | | | $ 228.79 | | | $ 228.79 | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | | | | | | | | | | | | | |
| 34 | | | | $ 2,290.58 | | | $ 2,290.58 | | | $ 2,290.58 | | | $ 2,290.58 | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | | | | | | | |
| 36 | | | | | | $ 33,724.70 | | | $ 33,724.70 | | | $ 33,724.70 | | | $ 33,724.70 | | | | | | | | | |
| 37 | | | | | | | | | | | | | | | | | | | | | | | | |
| 38 | | | | | | | | | | | $ 35,879.46 | | | $ 35,879.46 | | | $ 35,879.46 | | | $ 35,879.46 | | | | |
| 39 | | | | | | | | | | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | $ 33,724.70 | | | $ 33,724.70 | | | $ 33,724.70 | | | $ 33,724.70 | | | |
| 41 | | | | | | | | | | | | | | | | | | | | | | | | |
| 42 | | | | | | | | | | | | | | | | | | | | | | | | |
| 43 | | | | | | | | | | | | | | | | | | | | | | | | |
| 44 | | | | | | | | | | | | | | | | | | | | | | | | |
| 45 | | | | | | | | | | | | | | | | | | | | | | | | |
| 46 | | | | | | | | | | | | | | | | | | | | | | | | |
| 47 | | | | | | | | | | | | | | | | | | | | | | | | |
| 48 | | | | | | | | | | | | | | | | | | | | | | | | |
| 49 | | | | | | | | | | | | | | | | $ 24,668.02 | | | $ 24,668.02 | | | $ 24,668.02 | | |
| 50 | | | | | | | | | | | | | | | | | | | | | | | | |
| 51 | | | | | | | | | | | | | | | | $ 26,750.00 | | | $ 26,750.00 | | | $ 26,750.00 | | |
| 52 | | | | | | | | | | | | | | | | | | | | | | | | |
| 53 | | | | | | | | | | | | | | | | $ 57,099.41 | | | $ 57,099.41 | | | $ 57,099.41 | | |
| 54 | | | | | | | | | | | | | | | | | | | | | | | | |
| 55 | | | | | | | | | | | | | | | | | $ 16,666.20 | | | $ 16,666.20 | | | $ 16,666.20 | |
| 56 | | | | | | | | | | | | | | | | | $ 1,209.60 | | | $ 1,209.60 | | | $ 1,209.60 | |
| 57 | | | | | | | | | | | | | | | | | | | | | | | | |
| 58 | | | | | | | | | | | | | | | | | | | | | | | | |
| 59 | | | | | | | | | | | | | | | | | | | | | | | | |
| 60 | | | | | | | | | | | | | | | | | | | | | | | | $ 19,287.88 |
| 61 | | | | | | | | | | | | | | | | | | | | | | | | |
| 62 | | | | | | | | | | | | | | | | | | | | | | | | |
| 63 | | | | | | | | | | | | | | | | | | | | | | | | |
| 64 | | | | | | | | | | | | | | | | | | | | | | | | |
| 65 | | | | | | | | | | | | | | | | | | | | | | | | |
| 66 | | | | | | | | | | | | | | | | | | | | | | | | |
| 67 | | | | | | | | | | | | | | | | | | | | | | | | |
| 68 | | | | | | | | | | | | | | | | | | | | | | | | |
| 69 | | | | | | | | | | | | | | | | | | | | | | | | |
| 70 | | | | | | | | | | | | | | | | | | | | | | | | |
| 71 | | | | | | | | | | | | | | | | | | | | | | | | |
| 72 | | | | | | | | | | | | | | | | | | | | | | | | |
| 73 | | | | | | | | | | | | | | | | | | | | | | | | |
| 74 | | | | | | | | | | | | | | | | | | | | | | | | |
| 75 | | | | | | | | | | | | | | | | | | | | | | | | |
| 76 | | | | | | | | | | | | | | | | | | | | | | | | |
| 77 | | | | | | | | | | | | | | | | | | | | | | | | |
| 78 | | | | | | | | | | | | | | | | | | | | | | | | |
| 79 | | | | | | | | | | | | | | | | | | | | | | | | |
| 80 | | | | | | | | | | | | | | | | | | | | | | | | |
| 81 | | | | | | | | | | | | | | | | | | | | | | | | |
| 82 | | | | | | | | | | | | | | | | | | | | | | | | |

Summary of Amounts Owed

| | AO | AP | AQ | AR | AS | AT | AU | AV | AW | AX | AY | AZ | BA | BB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | |
| 2 | 22-Sep | 22-Oct | 22-Nov | 22-Dec | 23-Jan | 23-Feb | 23-Mar | 23-Apr | 23-May | 23-Jun | 23-Jul | 23-Aug | 23-Sep | 23-Oct |
| 3 | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | |
| 36 | | | | | | | | | | | | | | |
| 37 | | | | | | | | | | | | | | |
| 38 | | | | | | | | | | | | | | |
| 39 | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | |
| 41 | | | | | | | | | | | | | | |
| 42 | | | | | | | | | | | | | | |
| 43 | | | | | | | | | | | | | | |
| 44 | | | | | | | | | | | | | | |
| 45 | | | | | | | | | | | | | | |
| 46 | | | | | | | | | | | | | | |
| 47 | | | | | | | | | | | | | | |
| 48 | | | | | | | | | | | | | | |
| 49 | $ 24,668.02 | | | | | | | | | | | | | |
| 50 | | | | | | | | | | | | | | |
| 51 | $ 26,750.00 | | | | | | | | | | | | | |
| 52 | | | | | | | | | | | | | | |
| 53 | $ 57,099.41 | | | | | | | | | | | | | |
| 54 | | | | | | | | | | | | | | |
| 55 | | $ 16,666.20 | | | | | | | | | | | | |
| 56 | | $ 1,209.60 | | | | | | | | | | | | |
| 57 | | | | | | | | | | | | | | |
| 58 | | | | | | | | | | | | | | |
| 59 | | | | | | | | | | | | | | |
| 60 | | | $ 19,287.88 | | | $ 19,287.88 | | | $ 19,287.88 | | | | | |
| 61 | | | | | | | | | | | | | | |
| 62 | | | | | | | | | | | | | | |
| 63 | | | | | | | | | | | | | | |
| 64 | | | | | | | | | | | | | | |
| 65 | | | | | | | | | | | | | | |
| 66 | | | | | | | | | | | | | | |
| 67 | | | | | | | | | | | | | | |
| 68 | | | | | | | | | | | | | | |
| 69 | | | | | $ 46,424.24 | | | $ 46,424.24 | | | $ 46,424.24 | | | $ 46,424.24 |
| 70 | | | | | | | | | | | | | | |
| 71 | | | | | | | | | | | | | | |
| 72 | | | | | | | | | | | | | | |
| 73 | | | | | | | | | | | | | | |
| 74 | | | | | | | | | | | | | | |
| 75 | | | | | | | | | | | | | | |
| 76 | | | | | | | | | | | | | | |
| 77 | | | | | | | | | | | | | | |
| 78 | | | | | | | | | | | | | | |
| 79 | | | | | | | | | | | | | | |
| 80 | | | | | | | | | | | | | | |
| 81 | | | | | | | | | | | | | | |
| 82 | | | | | | | | | | | | | | |

# EXHIBIT X

MAXIMUS

# Maximus, Inc.
# Federal Sales Incentive Plan
## Sales Incentive Plan
## 2023

July 11, 2023
Philips Exhibit 39
Shelley E.D. Pearce, RPR #50301
exhibitsticker.com

MAXIMUS®

| Plan Information | |
|---|---|
| Incentive Plan Name: | Business Development<br>Federal Sales Incentive Plan |
| Incentive Plan Period: | Fiscal Year 2023 |
| Effective Date: | 10/1/2022 |

Table of Contents


| Section | Page |
|---|---|
| Plan Purpose, Effective Date, and Eligibility and Participation | 3 |
| Calculation of Incentive Awards | 3 |
| Allocating Sales Credit | 5 |
| Payment of Awards | 5 |
| Plan Approval and Administration | 6 |
| Acknowledgements | 6 |
| Plan Signature Page | 8 |


This Sales Incentive Plan (the "Plan") is made by and between the named Participant signatory below ("Participant") and **Maximus, Inc,** and its subsidiaries ("Maximus, Inc"). Participant and Maximus, Inc agree as follows.

Proprietary: Not for distribution outside Maximus, Inc. The information contained herein is confidential information intended for use only by the employees of Maximus, Inc. Dissemination, distribution, copying or use of information contained in this document outside of the Company is strictly prohibited.

## Plan Purpose

The purpose of the Plan is to maximize corporate and individual performance by providing financial incentives to sales leadership at Maximus, Inc based on their level of achievement of these goals. It may be updated at any time as strategy changes. The Plan is designed to:

- Provide a competitive overall compensation opportunity so that Maximus, Inc can attract, retain, and motivate talented sales leadership.
- Motivate employees to achieve stated sales goals and individual goals.
- Pay for performance by rewarding high achievement.
- Motivate employees' work performance and behavior in support of Maximus, Inc's sales goals.

## Effective Date

The Plan will be effective starting with Fiscal Year 2023 and supersedes any and all other compensation or commission plans currently in effect for Business Development professionals at the Director, Senior Director, and Vice President level.

## Eligibility and Participation

Participation in the Plan is limited to individuals classified as a VP, Business Development, Sr. Director, Business Development, or Director, Business Development, classified as full-time, regular employees of Maximus, Inc.

## Calculation of Incentive Awards

### Annual Contract Value (ACV) – Sales Credit

The Plan will provide incentive awards to the Participant based on approved Federal ACV Sales Credit, as determined by the Division President – Federal Services, and individual results. Incentive payouts will be paid based on performance achieved against sales goals on a quarterly basis.

Targets for the plan, for all measures, will be established in conjunction with the Division President – Federal Services, Federal and Corporate Finance, the Chief of Human Resources, and the General Manager of Federal. Executive management will determine the appropriate target needed to meet the overall Federal Segment goals and individual objectives for each year.

### Incentive Opportunity

Target sales credit payouts vary based on the position as shown in the following table:

Proprietary: Not for distribution outside Maximus, Inc. The information contained herein is confidential information intended for use only by the employees of Maximus, Inc. Dissemination, distribution, copying or use of information contained in this document outside of the Company is strictly prohibited.

MAXIMUS

| Target Sales Credit Payout as a Percentage of Base Salary | |
|---|---|
| **Position** | **Target (% of base)** |
| **Director** | 50% |
| **Sr. Director** | 75% |
| **VP** | 100% |
| **Supervisory Team Lead VP** | 100% |

Individuals achieving their sales goals will generally be eligible for their target sales credit payout. The table below outlines the schedule for payout of bonuses for individuals, covering the performance range of 75% to 150% of target. Individuals performing below 75% of target will generally not be eligible for a sales credit payout. Performance achievement that falls between the ranges shown in the table will receive a bonus payout based on a linear interpolation between the applicable values.

| Sales Credit Payout as a percentage of Target Payout | | | |
|---|---|---|---|
| **Position** | **Minimum Achievement (75% of goal)** | **Full Achievement (100% of goal)** | **Outstanding Achievement (150% of goal)** |
| **Director** | 35% of target | 100% of target | 125% of target |
| **Sr. Director** | 40% | 100% | 125% |
| **VP** | 45% | 100% | 150% |
| **Supervisory Team Lead VP** | 50% | 100% | 175% |

Please note the following provisions:

- ACV sales performance is not the exclusive criterion for eligibility for payouts as described above. As with all employees, Participant performance will also be evaluated against additional performance goals documented in an annual performance plan and must generally meet or exceed goals in order to be eligible for full payouts identified in the table above.
- In recognition that it takes time to build a pipeline, in an employee's first fiscal year of employment, the requirement for 75% minimum achievement in order to be eligible for sales credit payout may be waived, allowing for linearly decreasing payouts for achievement below 75% of goal. For Participants starting after May 31st of the current fiscal year, executive management has discretion to extend this waiver to the following year.
- With the exception of the preceding provision, any payout outside of the bounds defined by the table above (below minimum achievement or above outstanding achievement) requires approval by the General Manager for Federal and the CEO.

Proprietary: Not for distribution outside Maximus, Inc. The information contained herein is confidential information intended for use only by the employees of Maximus, Inc. Dissemination, distribution, copying or use of information contained in this document outside of the Company is strictly prohibited.

MAXIMUS

## Allocating Sales Credit

The following guidelines are used to assist with allocation of sales credit:

- ACV Sales credit requires Participant to have substantial involvement in the sales and pipeline management process, to include activities such as identifying, qualifying, shaping, capturing, teaming for an opportunity, or otherwise contributing to the win. Work won without significant engagement by the Participant is not eligible for sales credit.
- Opportunities are not eligible for sales credit until they are Awarded and Signed (fully executed).
- ACV sales credit is generally measured against new work (i.e., new contracts).
  - Add-ons of new scope to an existing contract may be eligible for sales credit in cases where the Participant was instrumental in bringing this new work to the contract. Add-on of new scope to an existing contract obtained without substantial involvement by Participant (e.g., growth delivered by the operations team) is not eligible for sales credit, even if the original contract was eligible.
  - In general, rebids, exercising of contract options, extensions, renewals, volume changes within existing scope, changes in period of performance, new contracts resulting from splitting up of an existing Maximus incumbent contract, etc., or other types of recurring work, are not considered new work and are not eligible for sales credit. Exceptions may be granted on a case-by-case basis where there is consensus that Participant was substantially involved in supporting an opportunity not categorized as new work (e.g., a rebid) to an extent that Participant was instrumental in obtaining a win.

## Payment of Awards

A. Once the Participant has met or exceeded the minimum achievement threshold, Participant will receive award payouts in quarterly payments.
B. Payouts will not affect the Participant's base salary.
C. Awards will be paid as soon as practical following the end of the measured performance period, allowing for time needed to compile and validate corporate financial results and data, for approvals (if necessary), and for payroll processing.
D. Awards will be treated as regular compensation for determining benefits.
E. Changes in employment status:
    1. In the event of resignation or termination of employment for any reason prior to the end of the incentive period, except death, permanent or total disability, or normal retirement, the Participant forfeits all rights to awards in the Plan.
    2. Participants who are promoted, transferred, or take an approved leave of absence during the Plan year may be eligible for a pro-rated award payout.

Proprietary: Not for distribution outside Maximus, Inc. The information contained herein is confidential information intended for use only by the employees of Maximus, Inc. Dissemination, distribution, copying or use of information contained in this document outside of the Company is strictly prohibited.

3. Pro-rated awards may be granted at the sole discretion of Maximus, Inc, to Participants who take a leave of absence, are demoted, retire or become disabled during the Plan year, and in the event of death.
4. Proration of payouts will be calculated based on business days, not calendar days.
5. Some latitude in judgment will be required in determining what, if any, incentive award should be paid in the event of an elimination of a position and/or a reduction-in-force of a Participant during the Plan year.

## Plan Approval and Administration

Human Resources will be responsible for the overall administration of the Plan and Group Finance will be responsible for approving the financial aspects of the Plan. The Federal Sales Team is responsible for the accuracy and overall maintenance of the pipeline data from which financial performance is determined. Any discrepancies in determining qualified Sales performance will be resolved with the final approval from Federal Senior Vice President of Finance and Federal General Manager. Any errors in payment should be immediately brought to the attention of Payroll or HR. Any necessary corrections will be made on the next practical payroll date.

## Acknowledgments

The Division President – Federal Services may request exceptions to this plan. Any such requests should be provided to the GM of Federal along with written documentation supporting the rationale for the exception. The GM of Federal reserves the right to make all final decisions on any exceptions. Depending on the nature of the exception, higher level corporate approval may also be necessary.

Participant understands that Maximus, Inc reserves the unrestricted right to amend or revise the terms of the Plan at any time without prior notice and that Maximus, Inc reserves the sole discretionary authority to interpret all provisions of the Plan. It is understood that future changes will supersede or eliminate those found in this plan document, and that employees will be notified of such changes through normal communication channels. Maximus, Inc also reserves the right to validate/approve decisions relating to allocation of sales credit, earned amounts, and payments. Should there be any questions or interpretations regarding payments and earned amounts, the final authority for interpretation will reside with the Chief of Human Resources.

Participant also understands and agrees that the information contained in these materials does not constitute an employment contract or a guarantee of payment between Maximus, Inc and Participant, and that participation in the Plan does not alter the Employment-at-Will status of an employee, nor the rights of Maximus, Inc or employee to terminate our employment relationship at any time, with or without cause or prior notice.

Proprietary: Not for distribution outside Maximus, Inc. The information contained herein is confidential information intended for use only by the employees of Maximus, Inc. Dissemination, distribution, copying or use of information contained in this document outside of the Company is strictly prohibited.

Participant acknowledges that contents of this Plan are considered confidential trade secrets of the Maximus, Inc, and the Plan document is the property of Maximus, Inc and is not to be distributed, assimilated or otherwise provided to any outside parties.

Participant also acknowledges that Participant has received, read, and understands the Plan for Fiscal Year 2023, and that the Fiscal Year 2023 Sales Incentive Plan cancels and supersedes all previous plans, letters, and communications on this subject for Participants covered by the plan.

**<Signature page to follow>**

Proprietary: Not for distribution outside Maximus, Inc. The information contained herein is confidential information intended for use only by the employees of Maximus, Inc. Dissemination, distribution, copying or use of information contained in this document outside of the Company is strictly prohibited.

**Participant FY22 Sales Performance Goal: $20,000,000 ACV**

______________________________________________________

Participant Signature

______________________________________________________

Date

_Kip Daniels_______________________________________________

Participant Name (please print)

Maximus, Inc Acknowledgment:

| Title | Name | Signature | Date |
|---|---|---|---|
| Division President – Federal Services | Tom Naughton | | |
| General Manager, Maximus Federal | Teresa Weipert | | |

Proprietary: Not for distribution outside Maximus, Inc. The information contained herein is confidential information intended for use only by the employees of Maximus, Inc. Dissemination, distribution, copying or use of information contained in this document outside of the Company is strictly prohibited.

# EXHIBIT Y

**DANIELS VS. MAXIMUS**
**DOCUMENTS WITHHELD AS PRIVILEGED**

| Privilege Log No. | Date | Email From | Email Sent | Email CC | Subject/File Name | Withholding Basis | Description |
|---|---|---|---|---|---|---|---|
| 1 | 1/23/2023 | Naughton, Thomas C | Philips, Jeena; | Iracheta, Norman O; | RE: Kip Daniels.msg | Privileged - Both Attorney Client and Work Product | Confidential email communication reflecting or discussing legal advice of counsel regarding the claim for commissions, accompanying liability and elimination of plaintiff Kip Daniels' position. |
| 2 | 10/18/2022 | Naughton, Thomas C | Philips, Jeena; | | Commission Update.msg | Privileged - Work Product | Confidential email communication and attachment prepared at the request of counsel in anticipation of, or in response to, litigation regarding the claim for commissions, accompanying liability. |
| 3 | 10/18/2022 | | | | Copy of Copy of Sales to Confirm for Kip_Notes 10.11.2022TCN.xlsx | Privileged - Work Product | Spreadsheet prepared at the request of counsel in anticipation of, or in response to, litigation regarding the claim for commissions, accompanying liability. |
| 4 | 8/25/2022 | Naughton, Thomas C | Ohanian, Nathalie M; | Iracheta, Norman O; Philips, Jeena; | FW: Bonuses/Commissions.msg | Privileged - Attorney Client | Confidential email communication sent to counsel, providing information to facilitate the provision of legal advice regarding the response to plaintiff's requests for updates regarding commission payments. |
| 5 | 3/17/2023 | Naughton, Thomas C | Philips, Jeena; | | RE: Draft Response.msg | Privileged - Work Product | Confidential email communication reflecting or discussing legal advice of counsel regarding the claim for commissions, accompanying liability |
| 6 | 2/15/2023 | Naughton, Thomas C | Iracheta, Norman O; | | RE: Draft Letter. .msg | Privileged - Work Product | Confidential email communication and attachment prepared at the request of counsel in anticipation of, or in response to, litigation regarding the claim for commissions, accompanying liability. |
| 7 | 2/15/2023 | | | | Kip Daniels Letter for Legal - 02.09.23 (DRAFT)TCN.docx | Privileged - Work Product | Letter prepared at the request of counsel in anticipation of, or in response to, litigation regarding the claim for commissions, accompanying liability. |
| 8 | 2/17/2023 | Naughton, Thomas C | Weipert, Teresa; | | FW: Draft Letter. .msg | Privileged - Work Product | Confidential email communication and attachment prepared at the request of counsel in anticipation of, or in response to, litigation regarding the claim for commissions, accompanying liability. |
| 9 | 2/17/2023 | | | | Kip Daniels Letter for Legal - 02.09.23 (DRAFT).docx | Privileged - Work Product | Letter prepared at the request of counsel in anticipation of, or in response to, litigation regarding the claim for commissions, accompanying liability. |
| 10 | 2/17/2023 | | | | Kip Daniels Letter for Legal - 02.09.23 (DRAFT)TCN.docx | Privileged - Work Product | Letter prepared at the request of counsel in anticipation of, or in response to, litigation regarding the claim for commissions, accompanying liability. |
| 11 | 2/21/2023 | | | | TAwKip Daniels Letter for Legal - 02.21.23 (DRAFT)TCN95.docx | Privileged - Work Product | Letter prepared at the request of counsel in anticipation of, or in response to, litigation regarding the claim for commissions, accompanying liability. |
| 12 | 2/23/2023 | Naughton, Thomas C | Weipert, Teresa; | | RE: Kip Notes.msg | Privileged - Work Product | Confidential email communication reflecting or discussing a request to counsel regarding the claim for commissions, accompanying liability. |
| 13 | 2/27/2023 | | Weipert, Teresa; | | Summit One.msg | Privileged - Work Product | Confidential email communication reflecting or discussing a request to counsel regarding the claim for commissions, accompanying liability. |
| 14 | 2/21/2023 | | | | TAwKip Daniels Letter for Legal - 02.21.23 (DRAFT)TCN95.docx | Privileged - Work Product | Letter prepared at the request of counsel in anticipation of, or in response to, litigation regarding the claim for commissions, accompanying liability. |
| 15 | 2/23/2023 | | Weipert, Teresa; | | RE: Kip Notes.msg | Privileged - Work Product | Confidential email communication reflecting or discussing a request to counsel regarding the claim for commissions, accompanying liability. |
| 16 | 11/1/2022 | Philips, Jeena | Philips, Jeena; Naughton, Thomas C; Ohanian, Nathalie M; | | Kip Daniel's commission payment.msg | Privileged - Work Product | Confidential email communication and attachment prepared at the request of counsel in anticipation of, or in response to, litigation regarding the claim for commissions, accompanying liability. |
| 17 | 11/1/2022 | | | | Bonus based on lawsuit.xlsx | Privileged - Work Product | Spreadsheet prepared at the request of counsel in anticipation of, or in response to, litigation regarding the claim for commissions, accompanying liability. |
| 18 | 1/19/2023 | Philips, Jeena | McDonnell, Mickey; Naughton, Thomas C; | Iracheta, Norman O; | RE: Kip's Commission payment for 2022.msg | Privileged - Attorney Client | Confidential email communication reflecting or discussing legal advice of counsel regarding the claim for commissions, accompanying liability. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 19 | 1/23/2023 | Philips, Jeena | Naughton, Thomas C; | Iracheta, Norman O; | RE: Kip Daniels.msg | Privileged - Attorney Client | Confidential email communication reflecting or discussing legal advice of counsel regarding the elimination of plaintiff Kip Daniels' position and termination as part of reorganization. |
| 20 | 1/24/2023 | Philips, Jeena | Ohanian, Nathalie M; Roberts, Wendy; Iracheta, Norman O; | Naughton, Thomas C; | FW: FY23 Federal Sales Incentive Plan.msg | Privileged - Both Attorney Client and Work Product | Confidential email communication and attachment sent to counsel, providing information to facilitate the provision of legal advice regarding the response to plaintiff's requests for updates regarding commission payments. |
| 21 | 1/24/2023 | | | | Maximus_Summit One Source_Service Order 4_FE.pdf | Privileged - Both Attorney Client and Work Product | Document prepared at the request of counsel in anticipation of, or in response to, litigation regarding the response to plaintiff's requests for updates regarding commission payments. |
| 22 | 1/25/2023 | | | | Bonus Analysis - Kip Daniels.xlsx | Privileged - Work Product | Spreadsheet prepared at the request of counsel in anticipation of, or in response to, litigation regarding the claim for commissions, accompanying liability. |
| 23 | 1/9/2023 | Philips, Jeena | Naughton, Thomas C; Iracheta, Norman O; | Ohanian, Nathalie M; Roberts, Wendy; | Kip's Commission payment for 2022.msg | Privileged - Attorney Client | Confidential email communication sent to counsel, providing information to facilitate the provision of legal advice regarding the claim for commissions, accompanying liability. |
| 24 | 12/12/2022 | Weipert, Teresa | Naughton, Thomas C; | | FW: Kip Daniels litigation - Urgent!.msg | Privileged - Attorney Client | Confidential email communication from counsel, requesting information to facilitate the provision of legal advice regarding the elimination of plaintiff Kip Daniels' position or termination as part of reorganization. |
| 25 | 10/31/2022 | Philips, Jeena | Ohanian, Nathalie M; | Naughton, Thomas C; | Bonus based on lawsuit.xlsx.msg | Privileged - Attorney Client | Confidential email communication and attachment sent to counsel, providing information to facilitate the provision of legal advice regarding the claim for commissions, accompanying liability. |
| 26 | 10/31/2022 | | | | Bonus based on lawsuit.xlsx | Privileged - Both Attorney Client and Work Product | Spreadsheet sent to counsel, providing information to facilitate the provision of legal advice regarding the claim for commissions, accompanying liability. |
| 27 | 11/1/2022 | Philips, Jeena | Naughton, Thomas C; Ohanian, Nathalie M; | | Kip Daniel's commission payment.msg | Privileged - Attorney Client | Confidential email communication and attachment sent to counsel, providing information to facilitate the provision of legal advice regarding the claim for commissions, accompanying liability. |
| 28 | 11/1/2022 | | | | Bonus based on lawsuit.xlsx | Privileged - Both Attorney Client and Work Product | Spreadsheet sent to counsel, providing information to facilitate the provision of legal advice regarding the claim for commissions, accompanying liability. |
| 29 | 11/2/2022 | Philips, Jeena | Ryden, Monica M. (Phoenix); Ohanian, Nathalie M; Iracheta, Norman O; | Feldman, Alan M. Bayless (Phoenix); Naughton, Thomas C; | RE: Daniels v. Maximus - request for call.msg | Privileged - Both Attorney Client and Work Product | Confidential email communication and attachment sent to counsel, providing information to facilitate the provision of legal advice regarding the claim for commissions, accompanying liability. |
| 30 | 11/2/2022 | | | | Bonus based on lawsuit.xlsx | Privileged - Both Attorney Client and Work Product | Spreadsheet sent to counsel, providing information to facilitate the provision of legal advice regarding the claim for commissions, accompanying liability. |
| 31 | 11/2/2022 | | | | Sales Bonus paid for 2021.pdf | Privileged - Both Attorney Client and Work Product | Confidential email communication sent to counsel, providing information to facilitate the provision of legal advice regarding the claim for commissions, accompanying liability. |
| 32 | 11/2/2022 | | | | RE_ Bonuses_Commissions paid for 2022.pdf | Privileged - Both Attorney Client and Work Product | Confidential email communication sent to counsel, providing information to facilitate the provision of legal advice regarding the claim for commissions, accompanying liability. |
| 33 | 11/2/2022 | | | | Offer Letter -Kip Daniels.pdf | Privileged - Both Attorney Client and Work Product | Letter sent to counsel, providing information to facilitate the provision of legal advice regarding the claim for commissions, accompanying liability. |
| 34 | 11/2/2022 | | | | Daniels- Complaint.pdf | Privileged - Both Attorney Client and Work Product | Document sent to counsel, providing information to facilitate the provision of legal advice regarding the claim for commissions, accompanying liability. |
| 35 | 11/2/2022 | Philips, Jeena | Ohanian, Nathalie M; | Naughton, Thomas C; | FW: SFUSD Commissions.msg | Privileged - Both Attorney Client and Work Product | Confidential email communication sent to counsel, providing information to facilitate the provision of legal advice regarding the claim for commissions, accompanying liability. |
| 36 | 10/11/2022 | McLoughlin, Patrick K | Philips, Jeena; | Naughton, Thomas C; | RE: Sales to Confirm for Kip.xlsx.msg | Privileged - Work Product | Confidential email communication and attachment prepared at the request of counsel in anticipation of, or in response to, litigation regarding the claim for commissions, accompanying liability. |
| 37 | 10/11/2022 | | | | Copy of Sales to Confirm for Kip_Notes 10.11.2022.xlsx | Privileged - Work Product | Spreadsheet prepared at the request of counsel in anticipation of, or in response to, litigation regarding the claim for commissions, accompanying liability. |