**Date:** Tuesday, July 12 2022 04:46 PM
**From:** Philips, Jeena <JeenaPhilips@maximus.com>
**To:** Iracheta, Norman O <NormanIracheta@maximus.com>;

---

Norman-I will schedule a meeting with Tom to go over the remaining bonus for 2022 and then move on to new sales plan for Kip

July 11, 2023
Philips Exhibit 45
Shelley E.D. Pearce, RPR #50301
exhibitsticker.com

# EXHIBIT EE

Date: Wednesday, December 7 2022 09:16 PM
Subject: FW: Sales bonus payment to Kip
From: Philips, Jeena
To: Iracheta, Norman O <NormanIracheta@maximus.com>;
Attachments: image001.jpg; Offer Letter -Kip Daniels.pdf; Bonus based on lawsuit.xlsx

Norman
Can you please get approval from Terry, Michell and David. We need to process this ASAP as per Arizona law. Tom as given his approval and I have attached the offer letter for reference.

See row 37 on the excel sheet.
Thanks

Jeena Philips
VP-Human Resources
M: 703.901.1149
E: jeenaphilips@maximus.com
1600 Tysons Blvd, #1400 | McLean | VA | 22012

---

**From:** Naughton, Thomas C <thomasnaughton@maximus.com>
**Sent:** Wednesday, December 7, 2022 4:09 PM
**To:** Philips, Jeena <JeenaPhilips@maximus.com>
**Cc:** Iracheta, Norman O <NormanIracheta@maximus.com>
**Subject:** RE: Sales bonus payment to Kip

Approved -

Thomas Naughton
Div President - Fed Svc
FED OVERHEAD
M: (703) 2829422
O: (703) 7124105
E: thomasnaughton@maximus.com

---

**From:** Philips, Jeena <JeenaPhilips@maximus.com>
**Sent:** Wednesday, December 7, 2022 4:06 PM
**To:** Naughton, Thomas C <thomasnaughton@maximus.com>
**Cc:** Iracheta, Norman O <NormanIracheta@maximus.com>
**Subject:** Sales bonus payment to Kip

Tom
Based on our analysis of the claims made by Kip for his sales bonus as per his offer letter, please approve payment of $111,838.40.

| Sales | Annual Contract Value | Commissions percentage | Commission Amount Claimed |
|---|---|---|---|
| Sale to Arkansas Unemployment Insurance which was executed in Feb 2022 | $2,140,000.00 | 5% commission based on offer letter | $107,000.00 |
| Another sale to Springfield_Greene County for COVID tests which was executed in Jan 2022 | $241,920.00 | 2% commission based on offer letter | $4,838.40 |
| | | Total Owed | $111,838.40 |

Thanks

Jeena Philips
VP-Human Resources

T. NAUGHTON | 7.13.23
51
Nicole A. Bulldis, AZ 50955

# EXHIBIT FF

**Date:** Thursday, March 16 2023 04:20 PM
**From:** Philips, Jeena <JeenaPhilips@maximus.com>
**To:** Iracheta, Norman O <NormanIracheta@maximus.com>;

---

Kip is asking about 25% for Summit contract which he is eligible for when the contract is signed.

T. NAUGHTON | 7.13.23
53
Nicole A. Bulldis, AZ 50955

# Exhibit GG

MAXIMUS®

July 14, 2020

Casey C. Jones
State Of North Carolina
Department Of Commerce
Division Of Employment Security
Casey.C.Jones@Nccommerce.Com

**RE: REQUEST FOR QUOTE NO. 43-1275-20**

In response to the North Carolina Department of Commerce's request for Contact Center Agents to provide Tier 1 and Tier 2 related support to Unemployment Insurance services, Maximus Health Services, Inc. is providing supplemental documentation as requested in the Request for Quote NO 43-1275-20.

## Key Personnel:

Eric Rubin - President
Gina Padilla - Vice President
John Palumbo - Project Director
Phyllis Ellis - Training Manager
Shannon Windle - Project Manager

## Optional Costs:

Maximus is offering three optional service enhancements to North Carolina:

- **Onboarding:** If Maximus hires the additional 500 CSRs plus associated support staff above the previously approved 1,800 CSRs, included in the new statement of work, there will be additional costs. During the Pandemic Maximus has moved to a Work from Home environment and these costs are related to purchasing and distribution of additional computers, software licenses for AWS desktop to enforce mutually agreed upon security protocols, and commercial headsets for these agents.
- **Reporting and Decision Support Platform:** The Department has requested additional reporting and Maximus is prepared to build, deploy, and train state staff on our DecisionPoint proprietary platform.

  DECISIONPoint® by MAXIMUS Operational transparency has always been a priority for Maximus, and the implementation of our proprietary reporting and analytics platform, DecisionPoint® for Business Intelligence (DPBI), supports this priority by providing a holistic view of program operations through instantly accessible, up-to-the minute dashboards with key performance data. DPBI provides near real-time access to data to help identify performance issues as they occur so they can be promptly mitigated to avoid negative impacts to the program and its beneficiaries.

DPBI provides a data-centric approach to contact center management that goes beyond reporting on "what happened" to provide meaningful insight into program operations by detecting trends and identifying outliers. This promotes more informed, near real-time decision making, which improves performance and the efficient use of staff resources. DPBI improves the beneficiary experience by enabling us to promptly identify potential issues and react quickly to mitigate negative impacts to services.

- **Telecom**: During the initial months of the project there have been a number of requests for Maximus to set up additional phone ques and update the Interactive Voice Response (IVR) module to route traffic in a more efficient manner. Maximus proposes procuring the lines needed to set up these additional ques or for programming needed to change the IVR at the direction of the Department.

The associated costs for these three service enhancements are included in our response.

### Quality Assurance:

In Section 3.12 the state has requested that Maximus record 100% of all calls once we move over to a new telephony platform. Maximus agrees to this metric and will store these recordings for 90 days.

### Security:

As a clarification to RFQ Section 3.16 Security Requirements, Maximus notes the following items.

- 11. Onsite Audits. Maximus will permit onsite audits of Maximus locations. Maximus requests 30 days advance notice for such audits. Onsite audits of the AWS cloud environments are not permitted by this vendor.
- 12. SOC 2 Type 2 Reports. Maximus will provide a current SOC 2 Type 2 report for its data centers. AWS provides an annual SOC 3 report for its environments. Genesys provides an annual SOC 2 Type Report.

### Changes in Staff Levels:

Maximus requests that all changes in staff levels and scope be made pursuant to DIT Terms and Conditions, Section 31 Changes.

## Performance in Canada:

Maximus assumes that the Department approvals under Order No. DES59164-V4 to perform some services with Cloud5 Communications staff located in Canada apply to this RFQ.

- *The location of work performed under a state contract by the Vendor, any subcontractors, employees, or other persons performing the contract and whether any of this work will be performed outside the United States.*

  The work performed by Cloud5 Communications will take place in Moncton, New Brunswick, Canada, along with two U.S. based locations.

- *The corporate structure and location of corporate employees and activities of the Vendors, its affiliates or any other subcontractors.*

  Cloud5 has the following entity structure:




Thanks again for all your support and please feel to reach out to me at ericrubin@maximus.com or call me, (215) 840-4243, if you have any questions about this proposal.

Sincerely,

Eric L. Rubin

Eric L. Rubin

President, Health South

| STATE OF NORTH CAROLINA<br>DEPARTMENT OF COMMERCE<br>DIVISION OF EMPLOYMENT SECURITY | **REQUEST FOR QUOTE NO. 43-1275-20** |
|---|---|
| | **Offers will be opened:** July 13, 2020 |
| | **Issue Date:** July 9, 2020 |
| ***Refer ALL inquiries regarding this RFQ to:***<br>Casey C. Jones<br>Casey.c.jones@nccommerce.com | **Commodity Number:** 811617 |
| | **Description:** UI Call Center Services |
| | **Using Agency:** Division of Employment Security |
| **See page 2 for submission instructions.** | **Requisition No.:** N/A |

## ACCEPTANCE

The State seeks offers for the goods, software, and/or services described in this solicitation. The State's acceptance of any offer must be demonstrated by execution of the acceptance found below and any subsequent Request for Best and Final Offer, if issued. Acceptance shall create a contract having an order of precedence as follows: In cases of conflict between documents comprising the contract, the order of precedence shall be (1) Best and Final Offers, if any, (2) special terms and conditions specific to this RFQ (3) specifications, (4) Department of Information Technology Terms and Conditions of this RFQ, and (5) the agreed portions of the awarded Vendor's offer. **No contract shall be binding on the State until an encumbrance of funds has been made for payment of the sums due under the contract.**

## EXECUTION

In compliance with this Request for Quote and subject to all the conditions herein, the undersigned offers and agrees to furnish any or all Services or goods upon which prices are offered, at the price(s) offered herein, within the time specified herein. By executing this offer, I certify that this offer is submitted competitively and without collusion.

**Failure to execute/sign offer prior to submittal shall render offer invalid. Late offers are not acceptable.**

| | | | |
|---|---|---|---|
| OFFEROR:<br>Maximus Health Services, Inc | | | |
| STREET ADDRESS:<br>1891 Metro Center Dr | | P.O. BOX: | ZIP:<br>20190 |
| CITY, STATE & ZIP:<br>Reston, VA 20190 | | TELEPHONE NUMBER:<br>703.251.8500 | TOLL FREE TEL.<br>NO |
| PRINT NAME & TITLE OF PERSON SIGNING:<br>Charles K. Sweeney II | | FAX NUMBER: | |
| AUTHORIZED SIGNATURE:<br>Charles K. Sweeney II<br>Charles K. Sweeney II (Jul 14, 2020 08:46 MDT) | DATE:<br>July 14, 2020 | E-MAIL:<br>Contracts@maximus.com | |

Offer valid for thirty (30), days from date of offer opening unless otherwise stated here:_____days

## ACCEPTANCE OF OFFER

If any or all parts of this RFQ are accepted, an authorized representative of NCDOC shall affix their signature hereto. A copy of this acceptance will be forwarded to the successful vendor(s).

**FOR STATE USE ONLY**

*Offer accepted and contract awarded this* 15 *day of* July, *20*20, *as indicated on attached certification,*

*by* DocuSigned by: George Sherrill 27B567ADCA09433... (Authorized representative of NCDOC).

# Exhibit HH

**Hunt, Karen**

**From:** Naughton, Thomas C <thomasnaughton@maximus.com>
**Sent:** Friday, May 28, 2021 8:49 AM
**To:** Hunt, Karen
**Subject:** RE: Kip Daniels

**This Message Is From an External Sender**
This message came from outside your organization.

Karen –

Final calculations have not been completed yet but as previously stated Kip is in line for commission payments similar to 2020. Payments are scheduled for July, August and September. Thanks.

Tom Naughton

MAXIMUS
**Thomas Naughton, JD, LLM**
**President, Health Division**
**MAXIMUS Federal Services, Inc.**
3120 Fairview Park Drive
Suite 400
Falls Church, VA 22042
Office: 703.712.4105
Mobile: 703.282.9422

thomasnaughton@maximus.com
*CONFIDENTIALITY NOTICE: This e-mail, including attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender, and destroy all copies and the original message.*

**From:** Hunt, Karen <KarenH@houseloan.com>
**Sent:** Wednesday, May 26, 2021 5:10 PM
**To:** Naughton, Thomas C <thomasnaughton@maximus.com>
**Subject:** [EXTERNAL] RE: Kip Daniels
**Importance:** High

Hi Tom,

I have submitted to our underwriting and we will need to get a little bit more clarification. Lending guidelines require a 2 years history of receipt of commission income. We have 600K for 2020 and It looks like he did not receive anything for the 1st quarter per our verification of employment through The Work Number. Can you give me his estimated amount he is expected to receive and when he will be receiving. Anything you can provide would be greatly appreciated as he is closing on a home loan on the 7th.

Warm regards,

Karen





KellyZitlowgroup - Karen Hunt

NMLS # 1121576 | AZ BK # 0908763 Direct: 480.725.0179
KZG Team Captain/Proc Mgr E-fax: +1 866.801.1448
14635 N Kierland Blvd #140 | Scottsdale, AZ 85254

Click for The App

[kzitlow.mortgagemapp.com]

CLICK TO PREQUALIFY | VISIT KELLY'S WEBSITE | FOLLOW KELLY on SOCIAL

Cornerstone® HOME LENDING, INC.

**From:** Naughton, Thomas C <thomasnaughton@maximus.com>
**Sent:** Wednesday, May 26, 2021 8:58 AM
**To:** Hunt, Karen <KarenH@houseloan.com>
**Subject:** RE: Kip Daniels

Karen –

Please see below in **RED**. Thanks.

Tom Naughton

MAXIMUS

**Thomas Naughton, JD, LLM**
**President, Health Division**
**MAXIMUS Federal Services, Inc.**
3120 Fairview Park Drive
Suite 400
Falls Church, VA 22042
Office: 703.712.4105
Mobile: 703.282.9422

thomasnaughton@maximus.com

*CONFIDENTIALITY NOTICE: This e-mail, including attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender, and destroy all copies and the original message.*

**From:** Hunt, Karen <KarenH@houseloan.com>
**Sent:** Tuesday, May 25, 2021 5:56 PM
**To:** Naughton, Thomas C <thomasnaughton@maximus.com>

**Subject:** [EXTERNAL] RE: Kip Daniels
**Importance:** High

Hi Thomas,

I wanted to make sure you saw my email from this morning. Can you please provide the information below for Kip's home loan.

Warm regards,
Karen



KellyZitlowgroup - Karen Hunt

NMLS # 1121576 | AZ BK # 0908763 Direct: 480.725.0179
KZG Team Captain/Proc Mgr E-fax: +1 866.801.1448
14635 N Kierland Blvd #140 | Scottsdale, AZ 85254




[kzitlow.mortgagemapp.com]

**From:** Hunt, Karen
**Sent:** Tuesday, May 25, 2021 8:00 AM
**To:** thomasnaughton@maximus.com
**Subject:** Kip Daniels

Hi Thomas,

I have to verify a couple items on Kip Daniels Employment. Can you please answer the following questions.

- Kip can work remotely with no change to his position or pay? **Yes, Kip can work remotely with no change to his position or pay.**
- How often is Kip's Commissions received? (i.e. monthly, quarterly, annually) **Kip's commissions are paid quarterly.**
- Will Kip's 2021 Commissions be comparable to his 2020 Commissions? **Kip's commissions this year may be comparable to his 2020 commissions.**

Thank you in advance,

Karen



KellyZitlowgroup - Karen Hunt

NMLS # 1121576 | AZ BK # 0908763 Direct: 480.725.0179
KZG Team Captain/Proc Mgr E-fax: +1 866.801.1448
14635 N Kierland Blvd #140 | Scottsdale, AZ 85254




[kzitlow.mortgagemapp.com]

CLICK TO PREQUALIFY | VISIT KELLY'S WEBSITE | FOLLOW KELLY on SOCIAL

Cornerstone® HOME LENDING, INC.

CONFIDENTIALITY NOTICE: This e-mail, including attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy all copies and the original message.
CONFIDENTIALITY NOTICE: This e-mail, including attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy all copies and the original message.

# Exhibit II

**Law Office of Jeffrey Silence, PLLC**
3241 E. Shea Blvd Ste 1 # 434
Phoenix, AZ 85028
Jeffrey A. Silence (029143)
(602) 321-1538
js@silencelaw.com

**Carrillo Law, PLLC**
4340 E. Indian School Rd. Ste. 21-587
Phoenix, AZ 85018
Gina Carrillo (030579)
602.601.2305
gina@carrillolawpllc.com

*Attorney for Kip Daniels*

Law Office of Jeffrey Silence, PLLC
3241 E. Shea Blvd Ste 1 # 434
Phoenix, AZ 85028

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kip Daniels,<br>Plaintiff,<br>v.<br>Maximus Federal Services, Inc.,<br>Defendant. | Case No. CV-22-01702-PHX-SMB<br><br>**NOTICE OF DEPOSITION PURSUANT TO RULE 30(B)(6)**<br><br>(Assigned to the Honorable Susan M. Brnovich) |

**TO: Maximus Federal Services, Inc. (Maximus) and their Counsel:**

You are hereby notified that, pursuant to Federal Rule of Civil Procedure Rule 30(b)(6), the deposition will be taken upon oral examination at the time and place stated below before an officer authorized by law to administer oaths, as follows:

Pursuant to Rule 30(b)(6), Maximus is requested to designate one or more persons to appear on its behalf at this deposition. The person(s) appearing on behalf of Maximus must have the personal knowledge necessary to speak on behalf of Maximus as to the subjects identified in Exhibit A.

Law Office of Jeffrey Silence, PLLC
3241 E. Shea Blvd Ste 1 # 434
Phoenix, AZ 85028

Counsel for the parties, the witness, and the officer authorized by law to administer oaths and record the deposition by stenographic transcription.

The deposition will be taken via Zoom (or other similar videoconference application) by a video camera pursuant to the protocols set forth in Rule 30(b) of the Federal Rules of Civil Procedure.

| | |
|---|---|
| **PERSON TO BE EXAMINED:** | Representatives of Maximus Federal Services, Inc. |
| **DATE AND TIME OF DEPOSITION:** | July 11, 2023 at 9:00 am MST<br>July 13, 2023 at 9:00 am MST |
| **PLACE OF DEPOSITION:** | Zoom |
| **ZOOM INFORMATION:** | Link to be provided |

DATED this 30th day of June, 2023.

**Carrillo Law, PLLC**

/s/ Gina Carrillo_______________
**Gina Carrillo**
*Attorney for Kip Daniels*

***Certificate of Service***

I hereby certify that on 30th day of June, 2023, I emailed the preceeding document to the following:

Alan M. Bayless Feldman
Monica M. Ryden
alan.feldman@jacksonlewis.com
monica.ryden@jacksonlewis.com
Attorneys for Defendant

Jeffrey Silence
js@silencelaw.com
Attorney for Plaintiff

/s/ Gina Carrillo

**EXHIBIT A**

1. Maximus' Federal and US Services general business operations.
2. Maximus' business operations as it pertains to the state and commercial work referenced in Daniels' Offer Letter.
3. Maximus' sales process, including without limitation, the sales process applicable to Kip Daniels ("Daniels"). This includes without limitation the following:
   a. How Maximus and its agents identify a sales opportunity,
   b. Everything Daniels was required to do to earn a commission on any given sale,
   c. Which types or kinds of sales entitle Daniels to a commission,
   d. When and how Daniels' commissions are calculated, and
   e. When Daniels' commissions are supposed to be paid to him.
4. Daniels' May 28, 2019 employment agreement, including what each of the terms and provisions in that agreement mean and how they are applied.
5. Maximus' billing practices as to the customers at issue in this lawsuit, including without limitation,
   a. When they were billed,
   b. When they were expected to pay,
   c. When they actually paid Maximus and the amounts of those payments, and
   d. Any expected future payments from those customers.
6. In 2020, Daniels was paid $600,000 in commissions.
   a. Which agreements was Daniels paid for to earn these commissions?
   b. Why did Maximus pay Daniels commissions for these agreements?
   c. Did Maximus US Services pay for some or all of these commission, and if so, why?

Law Office of Jeffrey Silence, PLLC
3241 E. Shea Blvd Ste 1 # 434
Phoenix, AZ 85028

Law Office of Jeffrey Silence, PLLC
3241 E. Shea Blvd Ste 1 # 434
Phoenix, AZ 85028

d. What is the relationship between Maximus US Services, Inc. and Maximus Federal Services, Inc.

7. In 2021, Daniels was paid approximately $200,000 in commissions.

a. Which agreements was Daniels paid for to earn these commissions?

b. Why did Maximus pay Daniels for these agreements?

8. Maximus' signed contracts with all of the customers identified in the complaint, including without limitation:

a. When and how those contracts were signed,

b. The scope of services to be provided,

c. When those customers paid Maximus, and

d. When those customers are expected to pay Maximus on a going forward basis.

9. All of the reasons why Maximus has not paid Daniels for each of the commissions identified in the complaint including who all was involved in the discussions leading up to those decisions and the role each played in those discussions.

10. In March 2023, Maximus paid Daniels $111,838.40 for the Arkansas Unemployment Insurance and Springfield Greene County Covid tests.

a. How did Maximus decide to pay this amount, and

b. Who from Maximus made the decision to pay this amount?

11. How data is generated and gathered for an Employee Earnings report, such as the documents produced at MAXIMUS.00004-000079.

12. Why Maximus terminated Daniels, including who all was involved in the discussions leading up to that decision.

13. Maximus' retention policies for all documents that may be relevant to this litigation, including without limitation sales contracts, payments, emails, and reports.

Law Office of Jeffrey Silence, PLLC
3241 E. Shea Blvd Ste 1 # 434
Phoenix, AZ 85028

14. Maximus' efforts to investigate whether Daniels is owed money for the commissions at issue and the results of any such investigation including who all was involved in conducting any such investigation.
15. The revised employment agreement that was provided to Daniels a few months ago, including who drafted that agreement, who was involved in providing input as to the terms in the agreement, to which employees it was provided, and why Maximus created a new agreement.
16. Maximus' answers to the Complaint including which individuals acted on behalf of Maximus to provide responsive information for its Answer.
17. Maximus' disclosure statements and discovery responses, including which individuals acted on behalf of Maximus to provide responsive information and documents.
18. Maximus' efforts to search for information that may be relevant to this lawsuit.
19. Maximus' efforts to preserve information that may be relevant to this lawsuit.