**SILENCE LAW GROUP, PLLC**
20235 N. Cave Creek Rd., Ste. 104 #460
Phoenix, AZ 85024
Jeffrey A. Silence (029143)
(602) 321-1538
jeff@silencelaw.com

**GAMMAGE & BURNHAM, P.L.C.**
40 North Central Avenue 20th Floor
Phoenix, AZ 85004
Gina E. Carrillo (030579)
(602) 256-0566
gcarrillo@gblaw.com
docket@gblaw.com

*Attorney for Kip Daniels*

Silence Law Group
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kip Daniels,<br><br>Plaintiff,<br><br>v.<br><br>Maximus Federal Services, Inc.,<br><br>Defendant. | Case No. 2:22-cv-01702-SMB<br><br>**PLAINTIFF KIP DANIELS' RESPONSE TO DEFENDANT'S STATEMENT OF FACTS AND SEPARATE STATEMENT OF FACTS**<br><br>(Assigned to the Honorable Susan M. Brnovich) |

**<u>Plaintiff's Exhibits</u>**

A. Plaintiff Kip Daniels' ("Kip") Declaration

B. Kip's deposition transcript

C. Philips' deposition transcript

D. Naughton's deposition transcript

E. Certificate of service of this lawsuit on Defendant

F. August 6, 2021 email from Kip to Naughton

G. November 23, 2021 email from Kip to Iracheta

H. May 2, 2022 email from Kip to Naughton

I. May 2022 email exchange between Philips, and Iracheta McDonnell

J. May and June 2022 email exchange between Kip and Naughton

K. June 2022 email exchange between Kip, Naughton, Iracheta, and Philips

L. June 2022 email exchange between McDonnell, Iracheta, and Philips

M. June 15, 2022 email Philips to Dunleavy, Heishman, and Iracheta

N. July 2022 email between McDonnell, Dunleavey, Naughton, Iracheta, and Philips

O. July 20, 2022 email from Philips to Naughton and Iracheta

P. January 19, 2023 email from Philips to Iracheta

Q. February 16, 2023 email from Kip to Philips, Naughton, and Iracheta

R. January, February, and March 2023 email exchange between Kip, Philips, Naughton, and Iracheta

S. March 3, 2023 email from Kip to Bruce Caswell

T. March 2023 email exchange between Kip, Philips, Naughton, Iracheta, and Link

U. Maximus job posting for Regional Vice President of Sales

V. Maximus job posting for U.S. Services Business Development, West Leader

W. Spreadsheet showing total amounts owed (PDF marked as Ex. W and native Excel file submitted separately due to the number of columns)

X. Maximus' Federal Sales Incentive Plan

Y. Maximus' privilege log

Z. Termination letter dated March 17, 2023

AA. June 15, 2022 email exchange between Philips, Dunleavy, and Heishman

BB. November 2021 and March 2023 email exchange between Philips and Naughton

CC. March 14, 2023 Microsoft Teams chat exchange between Daniels and Philips

DD. July 12, 2022 email from Philips to Iracheta

EE. December 2022 email exchange between Philips, Iracheta, and Naughton

FF. March 16, 2023 email from Philips to Iracheta

Silence Law Group
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024

GG. July 14, 2020 “Request for Quote” from North Carolina Department of Commerce

HH. Email exchange between Naughton and representative for mortgage lender

II. Plaintiff’s 30b6 Deposition Notice

DATED this 31st day of May, 2024.

**Silence Law Group PLLC**

/s/Jeffrey Silence
**Jeffrey Silence**
*Attorney for Kip Daniels*

***Certificate of Service***

I hereby certify that on 31st day of May, 2024, I electronically transmitted the attached document to the Clerk’s Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alan M. Bayless Feldman
Monica M. Ryden
alan.feldman@jacksonlewis.com
monica.ryden@jacksonlewis.com
Attorneys for Defendant

/s/ Jeffrey A. Silence

Silence Law Group
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024